| | Home | Site Tools | Top Sites | Site Info | What's Hot | Toolbar |

Search for more [____] Search

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Porno | |
| 2 | Free Porno | |
| 3 | Pillows | |
| 4 | Free Porn | |
| 5 | Porno For | |
| 6 | Sunporn | |
| 7 | Picture | |
| 8 | For Free | |
| 9 | Hot Porn | |
| 10 | Free Video | |


Advertise with Alexa

## sunporno.com

Free Porno And Porn Pictures, Free Sex, Porno Videos - Sunporno

Is this your site? Run an Alexa Site Audit.

**Statistics Summary for sunporno.com**

Sunporno.com is ranked #923 in the world according to the three-month Alexa traffic rankings. While about 17% of the site's visitors are in the US, where it is ranked #1,656, it is also popular in...

Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
|  923 Global Rank | 1,656 Rank in US | 1,289 Sites Linking In | (No reviews yet) |

**High Impact Search Queries for Sunporno.com**

| | Query | Impact |
|---|---|---|
| 1 | porn | High |
| 2 | porno | High |
| 3 | free porno | Medium |
| 4 | sunporn | Low |
| 5 | free porn | Low |
| 6 | hot porn | Low |
| 7 | videos | Low |

View the complete Search Analytics

| Traffic Stats | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream |

### Search Traffic

The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 10.7% |
| Last 7 days | 9.2% |
| Yesterday | 7.4% |

### Top Queries from Search Traffic

The top queries driving traffic to sunporno.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | roxy raye | 0.06% |
| 2 | free po | 0.05% |
| 3 | cliphunter | 0.05% |
| 4 | hot pic | 0.04% |
| 5 | sunpourno.com | 0.04% |
| 6 | romihi nakamura | 0.03% |
| 7 | tori black pov | 0.03% |
| 8 | discipline episode 1 | 0.02% |
| 9 | beeg | 0.02% |
| 10 | creampie thais | 0.02% |

**Keyword Research Tool - Find More Keywords**     Sponsored Links

Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

### Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to sunporno.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | | Search Query | 1 Month Decline |
|---|---|---|---|---|---|
| 1 | porn | 13.58% | 1 | porno | 5.82% |
| 2 | ferr sex videos at sun porno tube | 0.84% | 2 | sunporno | 2.55% |
| 3 | brazil porn | 0.12% | 3 | free porno | 0.97% |
| 4 | porn videos | 0.12% | 4 | sun porno | 0.58% |
| 5 | sunporn | 0.09% | 5 | freeporno | 0.57% |

**Top Search Queries for Sunporno.com**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | hardcore porno | 0.05% | 6 | sun porn | 0.37% | |
| 7 | free hot porn | 0.05% | 7 | freeporn | 0.30% | |
| 8 | milf mature over 30 sylvie | 0.05% | 8 | hot porn | 0.26% | |
| 9 | roxy raye | 0.04% | 9 | porno videos | 0.21% | |
| 10 | pornomovie | 0.04% | 10 | free porn pics | 0.20% | |

| Query | Percent of Search Traffic |
|---|---|
| 1 roxy raye | 0.06% |
| 2 free po | 0.05% |
| 3 cliphunter | 0.05% |
| 4 hot pic | 0.04% |
| 5 sunpourno.com | 0.04% |
| 6 romihi nakamura | 0.03% |
| 7 tori black pov | 0.03% |

View the complete Search Analytics

**Wayback Machine**
See how Sunporno.com looked in the past

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for sunporno.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | N/A |
| Last Month Clicks | N/A |
| Avg. Ad Position | N/A |
| Google PPC Keywords | N/A |
| Yahoo PPC Keywords | N/A |



Advertiser: sunporno.com



Like sunporno.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取sunporno.com的网站流量信息。

## High Impact Search Queries for sunporno.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| porn | 61.31 | 76 | 25 |
| porno | 18.00 | 75 | 29 |
| free porno | 5.74 | 55 | 22 |
| sunporn | 1.57 | 39 | 30 |
| free porn | 1.52 | 70 | 31 |
| hot porn | 0.92 | 41 | 19 |
| videos | 0.67 | 60 | 30 |
| sunporno.com | 0.48 | 32 | 10 |
| porno picture | 0.34 | 27 | 23 |
| free hot | 0.31 | 19 | 40 |
| freeporn | 0.30 | 61 | 25 |
| pictures | 0.25 | 51 | 26 |
| movies | 0.24 | 65 | 33 |
| free porno movie | 0.22 | 30 | 13 |
| porno girl | 0.22 | 24 | 67 |
| free video | 0.21 | 38 | 38 |
| floppy tits | 0.18 | 28 | 70 |
| free hot sex | 0.17 | 29 | 55 |
| free hot porn | 0.14 | 24 | 33 |
| pornosite | 0.14 | 15 | 70 |
| high heels | 0.13 | 44 | 54 |
| porno clip | 0.13 | 25 | 10 |
| lingerie porno | 0.13 | 25 | 47 |
| hardcore | 0.13 | 46 | 38 |
| massage porno | 0.13 | 27 | 80 |
| hentai | 0.12 | 65 | 31 |
| porn hot | 0.12 | 27 | 10 |
| brazil | 0.12 | 50 | 29 |
| porno videos free | 0.10 | 16 | 40 |
| free porno clips | 0.10 | 24 | 10 |

## Search Engine Marketing (SEM) Activity by sunporno.com

Ads for sunporno.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for sunporno.com

## Search Engine Marketing (SEM) Opportunities for sunporno.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

converted by Web2PDFConvert.com

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

| Company | Help | Alexa Tools for Site Owners | Related Services | | Download the Alexa Toolbar! |
|---|---|---|---|---|---|
| About | Help System | Get a Site Audit for your site | Free Website Content | | Privacy Policy | Terms of Use |
| Jobs | Tour | Create a Custom Toolbar | Make money with Alexa | | ©Alexa Internet, Inc. |
| Advertise on Alexa | | Edit your site listing | | | An amazon.com company |

converted by Web2PDFConvert.com