## Sunporno Partnership program

**Basic Rules:**

- We accept traffic from your TGP's, Blogs, Tubes etc
- Traffic is accepted only from legal sources
- Usage of codecs, spyware, adware is strictly forbidden
- We don't accept popup and popunder traffic, we don't accept any kind of blind traffic
- It's forbidden to open our clips in frames and iframes
- Minimum payment - $300

If you can send 50k or more daily, please hit us up to discuss individual rates icq  23834802

You will get paid for unique traffic based on rates below

**Good countries:**

- 0-50000 uniques/day - $0,7 per 1K
- 50001-100000 uniques/day - $0,8 per 1K
- 100001-150000 uniques/day - $0,9 per 1K
- 150001-more uniques/day - $1,2 per 1K

**Bad countries:**

- $0,2 per 1K

**List of good countries:**
United Stats, Canada, Australia, Austria, Belgium, Cyprus, Czech Republic, Denmark, Finland, France, Germany, Ireland, Italy, Luxemburg, Malta, Netherlands, Portugal, Slovakia, Slovenia, Spain, Sweden, United Kingdom, Norway, Switzerland

Login:

Password:

forgot password

**CREATE NEW ACCOUNT**

Case 3:11-cv-03041-MWB-LTS   Document 2-4   Filed 08/29/11   Page 1 of 1