

| Our friends: | Twilight Sex Tube | Shemale Tube | Pornoxo | Gay Tube |

# DMCA Notification

In accordance with the Digital Millennium Copyright Act of 1998 (the text of which may be found on the U.S. Copyright Office website), the owners and operators of SunPorno.com ("SunPorno") respond promptly to claims of copyright infringement reported to SunPorno's designated copyright agent. Please note that under section 512(f) of the DMCA(17 U.S.C. § 512(f)), any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability.

SunPorno.com is a video sharing site offering features including, but not limited to uploading, sharing and general viewing of adult content. Users must affirm that they have the rights to upload and publish video on SunPorno.com. SunPorno reserves the right at its sole discretion, to remove content of SunPorno users who infringe, or appear to infringe, on the intellectual property rights of others.

If you are the owner of any exclusive right under copyright laws, or are authorized to act on behalf of such an owner, and you believe that a copyrighted work is being used on the SunPorno.com website in a manner that constitutes copyright infringement, please provide SunPorno's copyright agent with the following information:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyright infringements at a single online site are covered by a single notification, a comprehensive list of such works;

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit SunPorno to locate the material (such as the URL or video number);

4. Information reasonably sufficient to permit SunPorno to contact you, including a true name, address, telephone number and, if available, an email address at which the you may be contacted;

5. A statement that you have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law;

6. A statement that the information in the notification is accurate and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

## TOP CATEGORIES

| Category | Count |
|---|---|
| Amateur | 54460 |
| Anal | 25070 |
| Asian | 30241 |
| Ass Licking | 236 |
| BBW | 2648 |
| BDSM | 2304 |
| Babes | 14396 |
| Bathroom | 1855 |
| Beach | 674 |
| Big Ass | 535 |
| Big Cock | 4870 |
| Big Tits | 9171 |
| Bizarre | 909 |
| Blondes | 5182 |
| Blowjobs | 10402 |
| Bondage | 3451 |
| Brunettes | 3070 |
| Bukkake | 1137 |
| Cartoons | 1204 |
| Casting | 819 |
| Chubby | 1193 |
| Creampie | 5304 |
| Cuckold | 613 |
| Cum Swallowing | 319 |
| Cumshots | 2158 |
| Deep Throat | 1292 |
| Double Penetration | 987 |
| Ebony | 9567 |
| Ex-girlfriends | 415 |
| Fat | 1390 |
| Fetish | 4770 |
| Fisting | 2028 |
| Fucking Machines | 329 |
| Gang Bang | 1588 |
| Girlfriends | 1689 |
| Granny | 1382 |
| Group Sex | 6316 |
| Hairy | 6110 |
| Handjobs | 1189 |
| Hardcore | 51303 |
| Homemade | 6565 |
| Housewives | 583 |
| Indian | 1076 |
| Interracial | 10961 |
| Japanese | 25610 |
| Latinas | 1416 |
| Lesbian | 16907 |
| Massage | 3049 |

| | |
|---|---|
| Masturbation | 9934 |
| Mature | 22238 |
| Mega Big Tits | 152 |
| Milf | 18065 |
| Office | 2484 |
| Old Farts | 593 |
| Outdoor | 6232 |
| Party | 5983 |
| Pissing | 815 |
| Pornstars | 4815 |
| Public nudity | 247 |
| Pussy Licking | 2346 |
| Reality | 4038 |
| Shemale | 1245 |
| Small Tits | 2234 |
| Solo Girls | 397 |
| Squirting | 2298 |
| Stockings | 6212 |
| Teen | 49612 |
| Toys | 5038 |
| Uniform | 1489 |
| Vintage | 1268 |
| VIEW ALL CATEGORIES | |





Disclaimer: All models on this website are 18 years or older. Sun Porno has a zero-tolerance policy against illegal pornography.

  

Parents - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

**General info**
REPORT ABUSE
Terms
DMCA
Contact us

**Community**
Home
Categories
Photos
Community
Upload a movie

Sign up
Login

**Classic view**
Pictures
Movies
Blog
Free sites

**Webmasters**
Post a movie
Embeds export
Advertise
Make $$$

SUN PORNO TUBE
ENTERTAIN YOURSELF