**Our friends:** | Twilight Sex Tube | Shemale Tube | Pornoxo | Gay Tube

Free Porno Tube without Agressive Porn Advertisement for Our Bookmarkers only.

**Bookmark Us** or vote for us by hitting

HOME   CATEGORIES   PHOTOS   PORNSTARS   COMMUNITY   FORUM   LIVE CAMS   ADULT DATING   HD UPGRADE

**CLASSIC VIEW**

Signup for a personal account so you can save videos, leave comments, and utilize other advanced features!

Enter a username
Enter password
Confirm password
Email

☐ I certify that I am 18 years or older and I have accept the Terms & Conditions

Last member

santi7ago1
10 minutes ago
If you are a registered member you can:
Communicate with others, browse their private videos
Download any videos
Upload your own videos and pictures
Create your "Personal Favorites" videos collection

| General info | Community | | Classic view | Webmasters |
|---|---|---|---|---|
| **REPORT ABUSE** | Home | Sign up | Pictures | Post a movie |
| Terms | Categories | Login | Movies | Embeds export |
| DMCA | Photos | | Blog | Advertise |
| Contact us | Community | | Free sites | **Make $$$** |
| | Upload a movie | | | |