AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern Iowa__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>C11-3041-MWB | DATE FILED<br>8/29/2011 | U.S. DISTRICT COURT<br>Northern Iowa |
|---|---|---|
| PLAINTIFF<br>Fraserside IP, LLC | | DEFENDANT<br>Sergej Letyagin, John Does 1-100 and John Doe Companies 1-100 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1014975 | 7/1/1975 | Fraserside IP, LLC |
| 2 | 3188677 | 12/26/2006 | Fraserside IP, LLC |
| 3 | 3389749 | 5/26/2008 | Fraserside IP, LLC |
| 4 | 3137445 | 9/5/2006 | Fraserside IP, LLC |
| 5 | 2875138 | 8/17/2004 | Fraserside IP, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>ROBERT L. PHELPS | (BY) DEPUTY CLERK<br>*Sarah K Molvin* | DATE<br>8/30/2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 3:11-cv-03041-MWB-LTS   Document 5   Filed 08/30/11   Page 1 of 1