Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

FRASERSIDE IP LLC,
An Iowa Limited Liability Company

    Plaintiff,

vs.

Sergej Letyagin, dba SunPorno.com
and www.sunporno.com
and John Does 1 - 100 and
John Doe Companies 1 - 100

    Defendant(s).

No. 3:11-cv-03041-MWB

**DISCLOSURE STATEMENT**

_____

    As required by LR 7.1, plaintiff in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case*:

Party 1: Fraserside Holdings Limited
Party 2: Private Media Group, Inc.

Party 3: Cinecraft Limited

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Party 1: Shareholder of Party 2
Party 2: Shareholder of Plaintiff
Party 3: Wholly owned by Party 1


Date: August 31, 2011                    Respectfully submitted,

                                           By:    /s/ Chad L. Belville
                                           cbelville@azbar.org
                                           Chad Belville, Attorney at Law
                                           Iowa Bar # 015731
                                           304 East Beth Drive
                                           Phoenix, AZ 85042

                                           P.O. Box 17879
                                           Phoenix, AZ 85066
                                           Telephone:  602-904-5485
                                           FAX:  602-297-6953
                                           E-mail cbelville@azbar.org

                                           ATTORNEY FOR PLAINTIFF