Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company | )<br>)<br>)  No. 11-cv-03041-MWB<br>) |
| vs. | )<br>)  FILED UNDER SEAL<br>) |
| Sergej Letyagin, dba SunPorno.com<br>and www.sunporno.com and John Does 1 - 100<br>John Doe Companies 1 - 100 | )  MOTION FOR LEAVE TO FILE<br>)  MOTION UNDER SEAL<br>)<br>) |

1.    This Ex Parte Application, submitted under seal, is made for an Order Temporarily Sealing Portions of the File—specifically, Plaintiff requests permission to file the present Motion under seal as well as permission to file a Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants under seal. This Motion is submitted under seal pursuant to Local Rule 5.c and is based upon the attached memorandum of points and authorities and supporting declarations.

DATED: December 7, 2011            Respectfully submitted,

                                              By:

/s/ Chad L. Belville  
cbelville@azbar.org  
Chad Belville, Attorney at Law  
Attorney for Plaintiff  
Iowa Bar # 015731

| | |
|---|---|
| Physical Address | 304 East Beth Drive<br>Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85066 |

Telephone: 602-904-5485  
FAX: 602-297-6953  
E-mail cbelville@azbar.org  
ATTORNEY FOR PLAINTIFF