IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> SERGEJ LETYAGIN, DBSSUNPORNO.COM AND WWW.SUNPORNO.COM, and John Does 1-100 and John Doe Companies 1-100, <br><br> Defendants. | No. C11-3041-MWB <br><br> **ORDER** |

_____

The plaintiff's motion for leave to file under seal (Doc. No. 7) is **granted**.

**IT IS SO ORDERED.**

**DATED** this 8th day of December, 2011.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT