IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Case Number: C11-3041-MWB  Date: January 12, 2012

Case Title: FRASERSIDE, IP LLC V. SERGEJ LETJAGIN, et al

JUDGE: Honorable Paul A. Zoss

TIME IN COURT: Start: 2:30 p.m.  Adjourn: 2:42 p.m.

APPEARANCES:  Plaintiff: Attorney Chad Belville
              Defendant:

Court Reporter: Digital Recording

LOCATION/PHONE:  Telephone

TYPE OF PROCEEDING:
   A. HEARING:  Status Conference.

MISC.  Order to follow.

Copies mailed to:

Leslie R. Walker
DEPUTY CLERK