# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

FRASERSIDE IP LLC,
An Iowa Limited Liability Company

            Plaintiff,

vs.

Sergej Letyagin, dba SunPorno.com
and www.sunporno.com, and John
Does 1 - 100 and
John Doe Companies 1 - 100

            Defendant(s).

No.  3:11-cv-03041-MWB

**CERTIFICATE OF
SERVICE**

_____

I, Chad Belville, declare under penalty of perjury that:

I am retained counsel for Plaintiff Fraserside IP LLC.

Following hearing, on January 12, 2012 an Order for Alternate Service was entered to serve the Defendants via email.

Summons, Complaint, Attachments, Civil Cover sheet, and Civil Service packet were served by me upon the Defendants at the email addresses sunporno.com@whoisprotectservice.net and webmaster@nightangel.com.  Further, I served a copy of Summons, Complaint, Attachments, Civil Cover Sheet and Civil Service Packet upon Defendants Attorneys via email addresses gurvits@bostonlawgroup.com, jer@shuttleworth.com and cma@shuttleworth.com.

I sent the emails on January 16, 2012, which was a holiday.  I received no notice of undeliverable email.

Service upon Defendants Sergej Letyagin dba sunporno.com and www.sunporno.com was therefore completed January 17, 2012.

Dated this 17th of January 2012      /s/ Chad L. Belville
                                  Chad L. Belville
                                  Attorney for Plaintiff