Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, )<br>    An Iowa Limited Liability Company )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>Sergej Letyagin, dba SunPorno.com )<br>and www.sunporno.com and John Does 1 – 100 )<br>and John Doe Companies 1-100 ) | No. 11-cv-03041-MWB<br><br>MOTION TO EXTEND<br>DEADLINE FOR<br>SCHEDULING ORDER |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, and MOVES that the Deadline for Filing of Scheduling Order be continued to a later date.

A Motion to Dismiss and Resistance has been filed in this matter. In the interest of efficiency, the parties request that the Scheduling Conference be continued until after the Ruling on the Motion has been filed.

Discovery has not commenced at this time due to the dispositive nature of the pending Motion to Dismiss. The moving party believes the trial date will be effected by the additional time required.

Date: February 1, 2012                    Respectfully submitted,


                                          By:    /s/ Chad L. Belville

                                          Chad Belville, Attorney at Law
                                          Iowa Bar # 015731

Physical Address                          304 East Beth Drive
                                          Phoenix, AZ 85042

MAILING ADDRESS:                          P.O. Box 17879
                                          Phoenix, AZ 85011

                                          Telephone: 602-904-5485
                                          FAX: 602-297-6953
                                          E-mail cbelville@azbar.org
                                          ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on February 1, 2012 a copy of this Motion was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, by sending a true copy to the email addresses on file.


/s/ Chad L. Belville