**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

FRASERSIDE IP LLC, An Iowa Limited
Liability Company,

        Plaintiff,

vs.

SERGEJ LETYAGIN,
DBSSUNPORNO.COM AND
WWW.SUNPORNO.COM, and John
Does 1-100 and John Doe Companies 1-
100,

        Defendants.

No. C11-3041-MWB

**ORDER**

_____

The plaintiff's motion (Doc. No. 14) to extend deadline for scheduling order is **denied**. The proposed scheduling order is delinquent.

**IT IS SO ORDERED.**

**DATED** this 1ˢᵗ day of February, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT