IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP LLC, An Iowa Limited )
Liability Company, )
 )
                  Plaintiff, )       No. C11-3041-MWB
 )
         vs. )
 )       NOTICE OF DISMISSAL
SERGEJ LETYAGIN, d/b/a SunPorno.com )
and www.sunporno.com; JOE DOES 1-100; )
and JOHN DOES COMPANIES 1-100, )
 )
           Defendants. )

      This action is dismissed pursuant to Local Rule 41, a copy of which is attached,

unless appropriate action is taken by or not later than 2/27/2012 .

      DATED: 2/7/2012

                  ROBERT L.  PHELPS
                  U.S. District Court
                  Northern District of Iowa

                  By: _____/s/ des_____
                          Clerk