UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |
|---|---|
| Fraserside IP, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Sergej Letyagin, dba SunPorno.com, | ) |
| www.sunporno.com, | ) |
| John Does 1 – 100, | ) |
| and John Doe Companies 1-100, | ) |
| Defendants. | ) |

Docket No. 11-cv-03041-MWB

**DEFENDANTS SERGEJ LETYAGIN AND WWW.SUNPORNO.COM'S
MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendants Sergej Letyagin and

www.SunPorno.com respectfully move for the dismissal of the Plaintiff's complaint in its

entirety. As grounds for this Motion, Mr. Waterweg states that neither Mr. Letyagin nor

www.SunPorno.com (nor Ideal Consult, Ltd., which actually owns and operates the

SunPorno.com website) are subject to personal jurisdiction in Iowa and, as such, the Complaint

must be dismissed.

In support of this Motion, Mr. Letyagin and www.SunPorno.com rely on the attached

memorandum of law.

Respectfully submitted,
Sergej Letyagin and www.sunporno.com,

By their attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt              AT0000497
Jennifer E. Rinden      AT0006606
        for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
jer@shuttleworthlaw.com

<u>ECF CERTIFICATE OF SERVICE</u>

I, Evan Fray-Witzer, hereby certify that on February 7, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer