UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
|  | ) | |
| Sergej Letyagin, dba SunPorno.com, | ) | Docket No. 11-cv-03041-MWB |
| www.sunporno.com, | ) | |
| John Does 1 – 100, | ) | |
| and John Doe Companies 1-100, | ) | |
| Defendants. | ) | |
|  | ) | |

## DEFENDANTS SERGEJ LETYAGIN AND WWW.SUNPORNO.COM'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendants Sergej Letyagin and www.SunPorno.com respectfully move for the dismissal of the Plaintiff's complaint in its entirety. As grounds for this Motion, neither Mr. Letyagin or www.SunPorno.com (nor Ideal Consult, Ltd., which actually owns and operates the SunPorno.com website) are subject to personal jurisdiction in Iowa and, as such, the Complaint must be dismissed.

In support of this Motion, Mr. Letyagin and www.SunPorno.com rely on the attached memorandum of law.

Respectfully submitted,
Sergej Letyagin and www.sunporno.com,

By their attorneys,

/s/Connie Alt
Connie Alt            AT0000497
Jennifer E. Rinden    AT0006606
    for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
cma@shuttleworthlaw.com

Copy to:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

> **CERTIFICATE OF SERVICE**
>
> The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on February 7, 2012 by:
>
> [ x ] Electronically via ECF for ECF registrants
> [ ] U.S. Mail _____
> [ ] Fax _____
> [ ] Fed Ex _____
> [ ] Hand Delivered _____
> [ ] other _____
>
> **Anne Johnson**