UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) CASE NO. 11-cv-03041-MWB |
| Plaintiffs, | ) ) |
| vs. | ) MOTION FOR ADMISSION PRO ) HAC VICE ) |
| SERGEJ LETYAGIN, d/b/a SUNPORNO.COM and www.sunporno.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) |
| Defendants. | ) |

Evan Fray-Witzer, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant Sergej Letyagin, d/b/a SunPorno.com and states that he is a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Supreme Judicial Court (highest court) of the State of Massachusetts, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Evan Fray-Witzer further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Connie Alt and Jennifer Rinden, attorneys who have been admitted to the bar of this district under LR 83.1.b and .c and who have entered an Appearance in this case.

The Certificate of Good Standing required by Administrative Order No. 10-AO-4-P is attached.

   /s/ Connie Alt_____
CONNIE ALT  AT0000497
JENNIFER E. RINDEN   AT0006606
           for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:          (319) 365-8564
cma@shuttleworthlaw.com

/s/Valentin Gurvits_____

Valentin Gurvits, *pro hac vice pending*

Boston Law Group, PC

825 Beacon Street, Suite 20

Newton, MA 02459

 (617) 928-1804

vgurvits@bostonlawgroup.com

**ATTORNEYS FOR DEFENDANT
SERGEJ LETYAGIN, d/b/a
SUNPORNO.COM and www.sunporno.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

---

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on February 7, 2012 by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____

**Anne Johnson_____**