IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa LLC, ) | |
| ) | |
| Plaintiff, ) | No. C11-3041-MWB |
| ) | |
| vs. ) | ORDER ON PRO HAC VICE MOTION |
| ) | |
| SERGEJ LETYAGIN d/b/a www.sunporno.com ) | |
| and SunPorno.com, JOHN DOES 1-100 and ) | |
| JOHN DOE COMPANIES 1-100, ) | |
| ) | |
| Defendants. ) | |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the Motion to Appear Pro Hac Vice (docket number 20) is granted. Attorney Evan Fray-Witzer is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Defendant Sergej Letyagin, d/b/a www.sunporno.com and SunPorno.com.

DATED February 8, 2012.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: /s/Sarah K. Melvin
　　　Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.