Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>　　An Iowa Limited Liability Company<br><br>vs.<br><br><br><br><br>Sergej Letyagin, dba SunPorno.com<br>and www.sunporno.com and John Does 1 – 100<br>and John Doe Companies 1-100 | No. 11-cv-03041-MWB<br><br><br>RENEWED MOTION TO EXTEND<br>DEADLINE FOR<br>SCHEDULING ORDER |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, and MOVES that the Deadline for Filing of Scheduling Order be continued to a later date.

A previous Motion to Extend Deadline for Scheduling Order, submitted prior to service on Defendants was denied. The Defendants have subsequently filed a Motion to Dismiss, with Plaintiff's response due February 28, 2012. A scheduling order prepared prior to a ruling on the Defendant's motion will need to be revised after the ruling is handed down and is therefore of little practical use. Defendant counsel does not object to Plaintiff's motion for extension of time to file scheduling order. Discovery has not commenced at this time. Plaintiff believes the

requested extension will affect the scheduled trial date. Plaintiff requests that deadline for Scheduling Order be continued until after the ruling on Defendant's dispositive motion is handed down.

Date: February 22, 2012          Respectfully submitted,

         By:   /s/ Chad L. Belville

Chad Belville, Attorney at Law
Iowa Bar # 015731

Physical Address          4742 North 24th Street Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:          P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on February 22, 2012 a copy of this Motion was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad L. Belville