IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, DBSSUNPORNO.COM AND WWW.SUNPORNO.COM, and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3041-MWB<br><br>**ORDER** |

_____

The plaintiff's renewed motion (Doc. No. 24) to extend deadline for scheduling order is **granted**. The deadline is extended to **April 1, 2012**.

**IT IS SO ORDERED.**

**DATED** this 23rd day of February, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT