

Open a FREE Account | Log in | Help

sunporno.com    Whois Search    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For SunPorno.com

Like

| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record    Site Profile    Registration    **Server Stats**    My Whois

Server Type: nginx/0.8.36
IP Address: **213.174.154.204**    Reverse-IP | Ping | DNS Lookup | Traceroute
ASN: **AS39572**
IP Location: - Ohio - Amsterdam - Haldex Ltd
Response Code: 200
Domain Status: **Registered And Active Website**

**Country TLDs**    General TLDs

Available domains for registration:

SunPorno.cn    Register
SunPorno.dk    Register
SunPorno.fr    Register
SunPorno.jp    Register
SunPorno.mx    Register
SunPorno.se    Register
SunPorno.tw    Register

**Register All Selected >**

**Related Results**

**Low Cost Bail Bondsmen**
Get Fast, Cheap Bail - Search here
yellowpages.com

**Money Market Accounts**
Find the best yields in the US Plus calcs, news, tips & more.
Bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**Best Money Markets 2011**
Top money markets for USA. Best rates guaranteed.
http://banktruth.org/Best-Rates/mma

Chitika | Premium Sponsored Results

Case 3:11-cv-03041-MWB-LTS    Document 26-4    Filed 02/27/12    Page 1 of 2

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2011 DomainTools, LLC** All rights reserved.

Case 3:11-cv-03041-MWB-LTS   Document 26-4   Filed 02/27/12   Page 2 of 2