# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>    Plaintiff,<br><br>vs.<br><br>Sergej Letyagin, dba SunPomo.com,<br>www.sunpomo.com,<br>John Does 1 - 100,<br>and John Doe Companies 1-100,<br><br>    Defendant(s). | No. 11-cv-03041-MWB<br><br>**DECLARATION OF<br>JASON TUCKER** |

_____

I, Jason Tucker, declare under penalty of perjury that:

1. I am a consultant and the Enforcement Officer for Plaintiff Fraserside IP LLC. I have made myself familiar with the corporate structure of Plaintiff and its parent company, sibling companies, and related entities.

2. I have made myself familiar with the company methods, procedures, production and ownership of copyrighted materials.

3. I have been involved in the industry of legal adult erotic entertainment production, marketing and management at an executive level for over 10 years serving for over six as President of a company that owns and licenses the worlds largest erotic library of images.

4. I have reviewed the evidence of Infringements committed by Defendants which are outlined in the Complaint and response to the Motion to Dismiss.

5. I can attest to all of the claims made in Plaintiff's complaint.

6. I can verify that Fraserside IP LLC is a member in good standing of the Northwood, Iowa Chamber of Commerce, that Fraserside IP LLC has committed to sponsorship of various Chamber activities and has committed to rebuilding the Chamber website.

6. I am personally aware of the methods utilized by Plaintiff and can attest to the facts and that Plaintiff works require and/or have required great sums of money to create detailed story lines; film in exotic locations; construct detailed and intricate sets; employ very talented writers, directors, actors, and editors; use the highest quality production equipment; and far exceed the production value of typical adult erotic entertainment.

7. Based upon my experience and judgment, I am certain that Defendant and Defendant websites earned both significant membership and advertising revenue utilizing Fraserside IP LLC and other unauthorized copyrighted works without compensation to the rightful copyright owners.

8. Based upon my experience and judgment, I am certain that Defendant reproduced, reformatted, and distributed unauthorized copyrighted material on its website and had not adopted any generally accepted procedures to effectively limit copyright infringement at the time infringements occurred.

9. Based upon my experience and judgment, I am certain that Defendant's website contained large amounts of unauthorized, copyrighted materials.

10. I sent and exchanged emails with Sergei Letyagin aka Donald Green regarding the claims made by Fraserside IP LLC, and at all times relevant the Defendants have been fully aware of the civil lawsuit filed against them in the Northern District of Iowa.

11. Based on email and chat correspondence the owner and operator of the site was and is aware that Fraserside's copyrighted movies were viewable on Sunporno.com.

12. Between September 23, 2011 and September 28, 2011 I communicated about this case with Sergej Letyagin via email and via the chat program Skype. On Skype, Sergej used the name of Donald_home. When we communicated via email he used the email address of tgpalliance@gmail.com.

13. It has become obvious from correspondence that Sergei Letyagin is also Donald Green.

14. Sergej Letyagin's communications to me indicated that he owned and controlled SunPorno.com and TGPAlliance.com

15. After finding Fraserside's work Cleopatra on Sunporno.com, I clicked on the banner which said "Watch in HD" and was taken to sunporno.com/premium.php, a membership site join form hosted on Sunporno.com. The membership was from Iowa using an Iowa address and check card that debits from an account at a branch in Mason City, Iowa. Exhibit Join Sequence Attached.

16. Advertising on the website SunPorno.com includes advertising aimed directly at Iowa residents, naming Northwood, Iowa and Hanlontown, Iowa specifically.

Signed this 26th Day of February, 2012.

_____
Jason Tucker