

sunporno.com  Search

- Overview
  - Whois Lookup
  - Reverse Whois
  - Whois History
  - Hosting History
  - Screenshot History
  - Name Server Report
  - Reverse IP
  - DNS Tools

## Whois History for Sunporno.com on 2011-08-31

| Enter a domain name to get its history |
|---|
| **Domain Name:** sunporno.com  Search |

« Previous Next »

| | |
|---|---|
| Domain: | sunporno.com - Whois History |
| Cache Date: | 2011-08-31 |
| Registrar: | MONIKER ONLINE SERVICES, INC. |
| Server: | whois.moniker.com |
| Created: | 2000-10-06 |
| Updated: | 2010-05-05 |
| Expires: | 2017-10-06 |
| Reverse Whois: | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |
| | webmaster@nightangel.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER
```

```
Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI


Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:          +420.776246201


Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:          +420.776246201


Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
```

```
          GI
          Phone:              +420.776246201


   Domain servers in listed order:

          NS5.PUBLIC-NS.COM
          NS6.PUBLIC-NS.COM


          Record created on:        2000-10-06 10:24:09.0
          Database last updated on: 2011-08-29 14:00:49.563
          Domain Expires on:        2017-10-06 10:24:09.0
```