



# SEE THE HD DIFFERENCE
## 100% FREE LIFETIME ACCESS

## Step 1 Age Verification
Complete the simple form below for unlimited access!

| | |
|---|---|
| Username | stealvideo |
| Password | isteal |
| First Name | Jason |
| Last Name | Tucker |
| E-mail Address | joinsite@battleshipstance.com |
| Country | USA |
| ZIP Code | 50459 |
| Age Verification | ✓ Free Password $0.00 - Credit Card Age Verification |

**GET FREE ACCESS** ▶

- ✓ NO DOWNLOAD LIMITS EVER!
- ✓ TERABYTES OF XXX CONTENT
- ✓ GIGS OF TOP QUALITY PICS
- ✓ LOADS OF FREE BONUS CONTENT
- ✓ 24/7 CUSTOMER HELP & SUPPORT
- ✓ FREE LIFETIME MEMBERSHIP!

Case 3:11-cv-03041-MWB-LTS   Document 26-8   Filed 02/27/12   Page 3 of 6





**Welcome Aboard**

**For help with your membership please contact Customer Service -**
Phone: 877-232-0249
Email: cs@FreeHDAccess.com

*Authorizations and or charges will appear discreetly under: "CLIENTCKS.COM"*

**Your Login Information**

**Membership:** *FreeHDAccess*  **User/Pass:** *stealvideo / isteal*
Login URL: http://freehdaccess.com/members/

