[9/23/2011 2:51:23 PM] Jason Tucker: Hi donald_home! I'd like to add you on Skype. Jason Tucker

[9/23/2011 2:51:59 PM] Jason Tucker: hi

[9/26/2011 1:39:53 AM] Jason Tucker: hi you on?

[9/27/2011 3:37:25 PM] Donald- Sun Porno (Sergei): Donald- Sun Porno (Sergei) has shared contact details with Jason Tucker.

[9/28/2011 12:10:57 AM] Donald- Sun Porno (Sergei): hey there

[9/28/2011 12:11:03 AM] Donald- Sun Porno (Sergei): got your email

[9/28/2011 12:11:51 AM] Donald- Sun Porno (Sergei): are you serious asking that much money from a small site like mine? you guys are far far from reality with whoever you work on this case.

[9/28/2011 12:13:01 AM] Jason Tucker: Your alexa rating is good and so is your traffic pattern.

[9/28/2011 12:13:17 AM] Jason Tucker: If you would like to make an offer I can see if it will work.

[9/28/2011 12:14:12 AM] Jason Tucker: I know we can take it over payments

[9/28/2011 12:14:25 AM] Jason Tucker: It's easier for both usually

[9/28/2011 12:15:00 AM] Jason Tucker: You must be making at least 60K a month from your site.

[9/28/2011 12:17:01 AM] Jason Tucker: Based on your rates you are paying nice for good traffic.

[9/28/2011 12:21:01 AM] Jason Tucker: ??

[9/28/2011 12:21:29 AM] Donald- Sun Porno (Sergei): I want to explain my position Jason. Im not looking to make settlement the way you're trying to approach. I was approaching guys from Private.com during shows and I could understand that you guys are different companies with Private.com. We agreed we could do business together and not just spend money on lawyers instead. however I have also adviced lawyer from Boston, the same guy who's working on xhamster case, and I have an idea what I'm willing to spend instead of paying this settlement in case it's not possible to reach an agreement and do business instead. I'm not going to show "how little money" I make to you, a guy who has no idea how this business works, since from what I see you will just keep saying "your numbers are high and you are paying a lot of money to webmasters". This is nowhere close to reality. If you look at alexa graph you will see a peak, where we had to stop buying traffic because site was just loosing money.

[9/28/2011 12:21:41 AM] Donald- Sun Porno (Sergei): sorry it took some time to write this.

[9/28/2011 12:22:21 AM] Donald- Sun Porno (Sergei): [Wednesday, September 28, 2011 12:17 AM] Jason Tucker: