

Case 3:11-cv-03041-MWB-LTS   Document 26-15   Filed 02/27/12   Page 1 of 1