Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>      Plaintiff,<br><br>vs.<br><br>Sergej Letyagin, dba SunPomo.com,<br>www.sunpomo.com,<br>John Does 1 - 100,<br>and John Doe Companies 1-100,<br><br>      Defendant(s). | No. 11-cv-03041-MWB<br><br>**RESISTANCE TO MOTION TO DISMISS** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendant's Motion to Dismiss in its entirety. In support of it Resistance to Motion, Plaintiff provides the following Brief and Attachments.

Date: February 26, 2012            Respectfully submitted,

                                                        By:   /s/ Chad L. Belville

Chad L. Belville
cbelville@azbar.org
Chad Belville, Attorney at Law
Attorney for Plaintiff
Iowa Bar # 015731

| | |
|---|---|
| Physical Address | 4742 North 24th Street Suite 315<br>Phoenix, AZ 85016 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85011 |

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on February 26, 2012 a copy of this Resistance to Defendants' Motion to Dismiss was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad L. Belville