**11-cv-03041**                    **EXHIBIT A IP TRACE LOCATION**



| | IP Tracing | > | Home  IP Tracing  Reverse IP  My IP  Hide IP  Email Trace  Speedtest  IP Distance  IP FAQ  Proxy Checker  Who Is Domain/IP  Log In |

Ads by Google    IP Telephone    IP Address    IP Address Tracker    IP Address Tracer

## 213.174.154.204

**Lamps Plus Lighting** LampsPlus.com
The Nation's Largest Specialty Lighting Retailer. Free Ship Deals!

**MAMMA MIA! on Broadway** www.MammaMaNorthAmerica
See MAMMA MIA Live on Broadway. Buy Tickets on the Official Site.

**Get $75 of Advertising** www.Google.com/AdWords
Promote Your Business On Google. Claim Your $75 Coupon Now!

**Shop Hickey Freeman®** HickeyFreeman.com
Official Site - Save up to 40% off and Free Shipping on orders $150+

AdChoices

### 🔍 IP Tracing and IP Tracking (213.174.154.204)

Want to trace or track an IP Address, host, or website easily? With our highly reliable IP Address Location Database, you can get detailed information on any **IP Address** anywhere in the world. Results include detailed IP address location, name of ISP, netspeed/speed of internet connection, and more.

| 213.174.154.204 | Track IP, host or website |   Examples: 213.86.83.116 (IP address) or google.com (Website)

**213.174.154.204 IP address location & more:**

| | |
|---|---|
| IP address [?]: | 213.174.154.204 Copy [Whois] [Reverse IP] |
| IP country code: | US |
| IP address country: | 🇺🇸 United States |
| IP address state: | n/a |
| IP address city: | n/a |
| IP address latitude: | 38.0000 |
| IP address longitude: | -97.0000 |
| ISP of this IP [?]: | HALDEX |
| Organization: | Advanced Hosters |



### IP Tracer? What is the benefit?

Using the IP tracer or IP lookup tool on IP-Adress.com will allow you to trace the origin of an IP address back to the original source.
The IP locator tool helps to identify the IP address in question by searching for it with our online-based IP tracing tool.
Our **IP lookup** can help trace an IP address anywhere in the world and provide further details for your query.
No matter what you call it, an IP tracer, IP locator, and IP lookup are referencing the same tool like the one we provide here on our website. The tool is easy to use and has a very high accuracy rate for tracing an IP address online, no matter the location you are searching for.
Learn more here
More about IP addresses on Wikipedia

11-cv-03041                    EXHIBIT A IP TRACE LOCATION

**Our Popular Tools:**

IP Tracer You should hide your IP address Enhanced System and my IP information (Popular)
Whois IP and Domain Whois Trace Email Senders Test your Internet Speed
Reverse IP lookup Big IP address satellite image (Google Maps) Calculate Distance between IP addresses

**Webmaster? Do the same like we do:**

IP Location API / Web Service    Download the whole IP location database.



You like this? Share or bookmark it.

IP-Adress.com on Facebook

Like  14,153

Tweet  1,414

SHARE  1.5k

Frontpage  IP Tracing  What is my IP?  Email Trace  Hide my IP  Proxy Checker  Bandwidth Speed Test  Who Is Domain/IP Lookup  IP to ZIP code  IP FAQ

Sitemap  Advertising  Contact  Privacy Policy  Disclaimer  Who Is Domain Index  Reverse IP Search

Recent WhoIs Updates 02/26/2012: ibcgroup.com, myprox.t28.net, idiotproofblogging.com, hotmailwindowslive.com, gajtz.com, squidoos.info, torontotenantsassociations.ca, sjicw.com, toimii.fi, oceanbooks.com.au, decent.com.cn, xlive-tv.com, yxlady.com, extratorrent.com, 192.168.175.129

Latest IP Lookups: 94.113.125.240, 213.114.157.2, 50.73.176.163

Case 3:11-cv-03041-MWB-LTS   Document 27-2   Filed 02/27/12   Page 2 of 2