

11-cv-03041 EXHIBIT C SERVER LOCATION

Open a FREE Account | Log in | Help

DomainTools

sunporno.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

# Whois Record For SunPorno.com

Like

| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

| | |
|---|---|
| Server Type: | nginx/0.8.36 |
| IP Address: | 213.174.154.204 Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| ASN: | **AS39572** |
| IP Location: | **- Ohio - Amsterdam - Haldex Ltd** |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |

**Country TLDs** | General TLDs

Available domains for registration:

- SunPorno.cn — Register
- SunPorno.dk — Register
- SunPorno.fr — Register
- SunPorno.jp — Register
- SunPorno.mx — Register
- SunPorno.se — Register
- SunPorno.tw — Register

Register All Selected >

## Related Results

**Low Cost Bail Bondsmen**
Get Fast, Cheap Bail - Search here
yellowpages.com

**Money Market Accounts**
Find the best yields in the US Plus calcs, news, tips & more.
Bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**Best Money Markets 2011**
Top money markets for USA. Best rates guaranteed.
http://banktruth.org/Best-Rates/mma

Chitika | Premium Sponsored Results

11-cv-03041      EXHIBIT C SERVER LOCATION

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.