

sunporno.com  Search

- 
- 
  - **Overview**
  - **Whois Lookup**
  - **Reverse Whois**
  - **Whois History**
  - **Hosting History**
  - **Screenshot History**
  - **Name Server Report**
  - **Reverse IP**
  - **DNS Tools**
- 
- 
- 
- 

## Whois History for Sunporno.com on 2011-08-31

| Enter a domain name to get its history |
|---|
| **Domain Name:** sunporno.com  Search |

« Previous Next »

| | |
|---|---|
| Domain: | sunporno.com - Whois History |
| Cache Date: | 2011-08-31 |
| Registrar: | MONIKER ONLINE SERVICES, INC. |
| Server: | whois.moniker.com |
| Created: | 2000-10-06 |
| Updated: | 2010-05-05 |
| Expires: | 2017-10-06 |
| Reverse Whois: | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER
```

```
Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI


Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:           +420.776246201


Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:           +420.776246201


Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
```

```
            GI
            Phone:              +420.776246201

    Domain servers in listed order:

            NS5.PUBLIC-NS.COM
            NS6.PUBLIC-NS.COM

            Record created on:       2000-10-06 10:24:09.0
            Database last updated on: 2011-08-29 14:00:49.563
            Domain Expires on:       2017-10-06 10:24:09.0
```