From: Jason Tucker [mailto:jason@xxxxxxx]
Sent: Wednesday, September 28, 2011 12:50 AM
To: Serge Letyagin
Cc: Jason Tucker
Subject: Re: Private/SunPorno

Hi Sergej,

Thank you for getting back to me. Fraserside IP, if necessary, is ready to
engage in a long legal battle however, this not only costs money but also
will require a significant amount of your time and resources. Some people
initially feel compelled to fight. Once that hostile emotion to fight is
out of their system reality sets in and they realize that their defense is
weak and that their exposure is very high.

After discussion with parties within our organization, we feel that we have
a fair offer for you to consider. Just so you are aware, I will remain open
and available to you for conference calls or chats as I truly believe that
no matter how aggressive a company may get in litigation, resolution can be
found through talking.

Ideally I would like to see this settled and have a working and profitable
relationship develop between you and Fraserside rather than adding to a
situation only to get to the same result months or years from now. If you
wish the same, let us see if we can see if we can wrap this up sooner rather
than later.

Our terms are as follows:

a. $1M US within 7 days of a signed settlement agreement OR $1.5M spread out
over 12 equal monthly payments.

b. 1 year - White labeled toy store linked from Navigation Bar on an
affiliate code. You would be paid 20% as an affiliate.

c. Removal of Fraserside IP content from your site.

d. Defined process for future removal.

e. General legal language for settlements.

I look forward to hearing from you.

Sincerely,

Jason Tucker


This correspondence and all of its contents is without prejudice to Fraserside IP LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.  Pursuant to US Federal Evidence Rule 408, nothing contained in or omitted from this writing constitutes an admission, waiver, or limitation of rights, claims, remedies, or defenses at law or in equity, each of which hereby remains expressly reserved.

 SunPorno.com Analysis:

·      Sergej Letyagin individual owning 50+ domains·     Claim: $5.85M \ Alexa: 854 \ 39i
·      TOS issues licenses'
·      Affiliate/Partner Program - CPM average
·      Sells HD and other versions
·      DMCA contact nill

Jason Tucker



The email you have received from this company and individual and any file
attachments(s) are confidential and intended solely for use by the
identified recipient(s). If you received this message in error, please
notify the sender and delete the message and any copies completely from your
computer. Distribution or copying of this communication, in whole or in
part, by any unauthorized recipient is prohibited and may subject you to
liability.  All rights reserved.

Jason Tucker

Sent via BlackBerry

_____

From: Serge Letyagin <tgpalliance@gmail.com>

Date: Wed, 28 Sep 2011 01:31:41 +0200

To: <jason@xxxxxxx>

Subject: Re: Private/SunPorno

I do not see any more emails from you.

2011/9/27 Jason Tucker <jason@xxxxxxx>

Sent u email from one of my other accounts. We can chat when u have time.

Jason Tucker

Sent via BlackBerry

_____

From: Serge Letyagin <tgpalliance@gmail.com>

Date: Fri, 23 Sep 2011 17:19:27 +0200

To: <jason@xxxxxxx>

Subject: Re: Private/SunPorno

My Skype is Donald_Home, icq 23834802. I prefer to type in Skype and just using it as an online messenger. But from what I see, you reply fast to emails, so you got used to one of these modern device already.

Anyways, let's see what are the options for the settlement?

2011/9/23 Jason Tucker <jason@xxxxxxx>

I'm in the UK at XBizEU, I will be in Barcelona next week. Ilan gave me your

icq number earlier. What's your skype? Video chat would be great! Please let me know what works for you and we can see about settling.

I am available to you and look forward to speaking.

Respectfully,

Jason

My cell number is xxxxxxxxxxxxx

All rights are reserved.

Jason Tucker

Sent via BlackBerry

_____

From: Serge Letyagin <tgpalliance@gmail.com>

Date: Fri, 23 Sep 2011 17:10:01 +0200

To: <jason@xxxxxxx>

Subject: Re: Private/SunPorno

Hi, I have read your email just now, I bet you're no longer in Prague, I met with Ilan Bunimowitz yesterday and he said he will put me in touch with the right guy, I believe he mentioned your name. Do you use skype ?

2011/9/22 Jason Tucker <jason@xxxxxxx>

Hello Sergej,

I understand you are in Prague.  I am as well and would like to meet and discuss how we can resolve our issues.  :-).

Please let me know a good time; I am leaving for London in the morning.  My

cellular is xxxxxxxxxxxxxxxxx and direct email to my phone is [Jason@xxxxxx](Jason@xxxxxx)

Respectfully,

Jason Tucker
Private Media Group
Fraserside IP LLC
Jason Tucker

Sent via BlackBerry