





# SEE THE HD DIFFERENCE
## 100% FREE LIFETIME ACCESS

## Step 1 Age Verification
Complete the simple form below for unlimited access!

| | |
|---|---|
| Username | stealvideo |
| Password | isteal |
| First Name | Jason |
| Last Name | Tucker |
| E-mail Address | joinsite@battleshipstance.com |
| Country | USA |
| ZIP Code | 50459 |
| Age Verification | ✓ Free Password $0.00 - Credit Card Age Verification |





 NO DOWNLOAD LIMITS EVER!    TERABYTES OF XXX CONTENT

 GIGS OF TOP QUALITY PICS    LOADS OF FREE BONUS CONTENT

 24/7 CUSTOMER HELP & SUPPORT   FREE LIFETIME MEMBERSHIP!







## Welcome Aboard

**For help with your membership please contact Customer Service -**
Phone: 877-232-0249
Email: cs@FreeHDAccess.com

*Authorizations and or charges will appear discreetly under: "CLIENTCKS.COM"*

## Your Login Information

**Membership:** *FreeHDAccess*                 **User/Pass:** *stealvideo / isteal*
Login URL: http://freehdaccess.com/members/

