
## WEBMASTERS

Welcome to our webmaster page. Here you can submit galleries to our main index as well as find a link to submit galleries to our category index. SunPorno gets over 900,000 hits a day. We have one of the largest collection of sufers online. You can also find a link to our trade page with information on trading traffic with SunPorno and its various indexes.

SunPorno is part of the www.tgpalliance.com network. We have over 3 million total hits and over 5 million hits send to galleries a day. Checkout tgpalliance.com and purchase a submit pass and submit your galleries to all of our network and get listed almost immediately.

Trade Traffic - If you want to trade traffic, click the link and our trade information page will open.

GALLERY SUBMISSIONS: Thise is the submit page for the main index!

NEW! FIRST RULE:
We don't accept your gallery anymore unless you are a partner submitter.
If you like to submit at sunporno then request for a password "here".

**I'm getting sick of all the cheaters, so if you break the rules then I blacklist your ass.**

- Do not submit the same gallery twice.
- No more free content, I get the same pics everyday... I'm Sorry! :(
- Don't post sponsor hosted galleries.
- Do not change anything to your gallery after submission.
- No slow servers ... our script will delete your gallery.
- Max 4 galleries/day each in different category.
- Always choose the correct category.
- No Numeric IP's
- No Pop-ups !
- No Dialer shit.
- No consoles, redirects or any other shit allowed.
- No OnMouseOver,OnMouseOut,WindowStatus change
- The thumb must point to the pics and not to another html page.
- Minimum 10 quality pictures or 2-3 movies.
- Pics must have at least 20kb in size.
- No more than 2 (two) sponsor banners and 6 other outside links; (no exception).
- Do not use more than 1 hit counter.
- No blind links.;
- No Blind thumbs or fake clickable links.
- No mouseovers or any other tricks.
- No illegal pics, descriptions, links or ads.
- No Back, Next ,More Here, Page1, Page 2, Main, Home links.
- No big texts or big banners.
- Reciprocal link required.
- Reciprocal link must be placed at the top of the gallery.
- **Descriptions need to have minimum 18 and maximum 22 characters.**
- Descriptions have to be related with the pictures.
- Make original discriptions.

Please click here choose a recip that fits your PICTURE gallery the most

Please click here choose a recip that fits your MOVIE gallery the most

Submit galleries to our main index below!

We decided to give it a chance and allowed a lot more galleries into categories which lack updates currently! Submit __5 galleries/day__ both pic/mov into each of following categories (submitting to these categories is not reflected on your regular daily submits):
ass licking, beach, bikini, bizarre, brazil, bukkake, cam girls, cheerleaders, closeups, creampie, cum swapping, erotica, fishnet, flexible, gothic, hairy, high heels, jeans, latex, machines, masturbation, midgets, panties, piercing, POV, pregnant, pussy, pussy licking, office, outdoor, schoolgirls, shaved pussy, shower, smoking, solo girls, spanking, tanned, titjob, upskirts

SUBMIT FLV GALLERIES HERE. CLICK HERE.



Webmasters interested in Partner accounts to TGPs please jump to www.tgpalliance.com

©1999 - 2006 SunPorno.com All Rights Reserved - No parts of the site may be copied without SunPorno.com's permission. Designed by AdultDesign.com

Contact   Webmasters

converted by Web2PDFConvert.com