### Contact Us
- Sales & Business Inquires
- Design - icq: 23-834-802

- Traffic Trades
- Fill out this form

### Additional Pages
- Make Payment
- TGP Alliance Network
- Purchase Spots
- Sell Me Your TGP
- Facts & Questions
- Sponsor Ratios
- Realtime Submits Info

### Hot News

**» 06.30.2010**

We are proud to annouce TGPAlliance officialy became a member of ASACP. You can check it on
ASACP members page

**» 9.14.2006**

If you're building big tit galleries, don't forget to submit them to SuperTitLovers.com, a site we purchased recently. It has a large base of bookmarkers and online since 2002. Submit Here

READ MORE

**» 08.25.2006**

We've purchased a well-known site Ah-me.com.
This is a general TGP site so every niche pic and mov galleries are welcomed Here

READ MORE

---

**» Purchase Gallery Spots or Apply as a Paid Partner:**

We're offering spots or better say **Top Listings** on our high quality traffic sites. Most of the traffic there are bookmarkers & Search engines traffic.

**The main points of participiating in paid submission system (purchasing spots)**
AVAILABLE FOR GOLD SUBMITTERS ONLY

1. Top spots receive more traffic and Your galleries will stay at the top of listing for the day (you'll stay at the top at least 23 to 24 hours).
2. Our sites getting a lot of quality SE traffic, so top spots are GOLDEN.
3. You can submit as many galleries as you want.
4. Your galleries receive GURANTEED listing or no money charged.
5. Your galleries will always stay in archives as long as they're online, where the targetted traffic is going.

Our main advantage is that we charge ONLY per gallery submitted and listed.

**The main points of becoming a paid partner submitter:**

1. You can spend credits you have at your account anytime to purchase spots at TGPAlliance
2. You know that you're supporting TGPAlliance webmaster and his team

---

**» Instruction For Existing & Returning Partners. New Submitters CLICK HERE:**

**EPASSPORTE:**
Send amount of money you wish to deposit to Epassporte account **latouraine_sergej** specifying the following info in comments:

"(minimum is $150 for 2 months) specifying the following info in comments:

"[your login name], **fund my tgpalliance account**"

(send to **flashcash_wm8870** only IF the first account showed "exceeded the number of times they can receive peer money in a 24 hour period" error)

**WEBMONEY**
Please remit payment to Z267038927707 if you're using webmoney (minimum is $150)

**OTHER METHODS**
please contact me for the details

Fill the form which we have on the new submitters page, **AFTER** you sent the money or have filled an order with your CC.

The credits will be added to your account in 1-2 business days or faster.
If that's urgently, you can always hit me on icq and I'll have it added to your account right away

To purchase spots, click "paid submit" on the submit form of the site and according amount will be deducted from your account and reflected in your stats.

Copyright 2005 TGPAlliance.com All Rights Reserved