**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a www.SunPomo.com and www.SunPomo.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>    Defendants. | No. C11-3041-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN SUPPORD OF RESISTANCE TO DEFENDANTS' MOTION TO DISMISS** |

_____

    This case is before the court on plaintiff Fraserside IP L.L.C.'s (Fraserside") Motion to File Overlength Brief in Resistance to Motion to Dismiss (docket no. 26). Plaintiff Fraserside has attached a number of exhibits in conjunction with its resistance. Those exhibits, however, are unmarked. Therefore, Fraserside's motion is denied without prejudice to resubmission with marked exhibits.

    **IT IS SO ORDERED.**

    **DATED** this 28th day of February, 2012.

                                                               _____
                                                               MARK W. BENNETT
                                                               U. S. DISTRICT COURT JUDGE
                                                               NORTHERN DISTRICT OF IOWA