# 11-cv-03041

# EXHIBIT B ABOUT SERVERS

Domain Information > com > sunporno | Swiss Army Knife | FAQ

sunporno.com
Lucky  Search  in dns

powered by Google

774    Like 6K    **582**

## sunporno.com

Result | Summary | Records | Graph | Shared | Whois | Blacklists | Analysis | Contact

Case 3:11-cv-03041-MWB-LTS   Document 29-3   Filed 02/28/12   Page 1 of 4

sunporno.com            http://www.robtex.com/dns/sunporno.com.html#summary

# 11-cv-03041        EXHIBIT B ABOUT SERVERS

Chitika | Opt out? AdChoices

 **Bluehost Official Site**
Professional Web Hosting - Free Domain Only $6.95
http://www.bluehost.com

 **$3.96 Web Hosting**
Unlimited Disk Space, Bandwidth. 99.9% Uptime Guarantee.
hostgator.com

 **$7.95/mo SEO Hosting**
Unique IP Included.PHP/SSL Support.Unlimited Web Space, Traffic & more
http://www.doteasy.com

Sunporno.com is a domain controlled by two domain name servers at public-ns.com. Both are on different IP networks. The primary name server is ns5.public-ns.com. Incoming mail for sunporno.com is handled by two mail servers at sunporno.com themselves. Both are on different IP networks. sunporno.com has one IP number (213.174.154.204).

Www.sunporno.com point to the same IP and also shares name servers. Mature-uniform.com, lesbianscuties.com, beer999.com, silvia-saint-movies.net, maledomsex.com and at least 200 other hosts share name servers with this domain. Naggum.net, nakedbeach.net, royal-cash.net, asiantrans.net, pornpics-online.net and at least twelve other hosts share mail servers under another name with this domain. Thumbs3.sunporno.com, mail.sunporno.com, thumbs1.sunporno.com, mail2.sunporno.com, wmlwww.sunporno.com and at least eight other hosts are subdomains to this hostname.

You might also be interested in domains looking similar: sunporneo.com, sunpornos.com, sunpornno.com, sunporna.com, sunporne.com and sunpornon.com or the competitors: www.keezmovies.com, youngleafs.com, xxxbunker.com, nastyrat.com, xnxx.com and twilightsex.com. Also check www.sunporno.com.

Sunporno.com is ranked #998 world wide and is hosted on a server in United States. It has gained 1671 inlinks over a period of ten years. The Google Pagerank™ of sunporno.com is 4. It has 21988 organic keywords.

**Child safety of this site is very poor**. Trustworthiness, vendor reliability and privacy is unsatisfactory. (more on reputation).It is not listed in any blacklists.**It might contain adult material!** Search for sunporno.com.

**Pages**
**www.sunporno.com**

| | |
|---|---|
| / | **Porn Tube, Free Porn Movies, Porno Videos, Hot XXX Clips, Pussy ...** |
| | *Porno tube movies featuring teen porn videos, amateur porn and private homemade movies, mature sex clips. Free full length XXX videos and wild hardcore ...* |
| | Keywords: porn (position #6)porno (position #3)sunporno (position #1)free hot porn (position #1)hot videos (position #1)hot porn (position #2)sun porno (position #1)porn pics (position #11)free porn sites (position #10) |
| /tag/gags/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /page2.html | Keywords: free xxx videos (position #1) |
| /tag/clits/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /tag/drunk/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /tag/tatoos/ | **tatoos - Free Sex videos at Sun Porno Tube** |
| | *Cute gay latino boy strips and masturbates in the bathroom Cute gay latino boy strips... Dur: 5:23. Tags: gay masturbation · Eva angelina valentine cumshot ...* |
| /tag/nipples/ | **Free Sex videos at Sun Porno Tube** |
| | *Apr 19, 2011 ... If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 ...* |
| /tag/virgins/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /tag/teachers/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /tag/whipping/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /movies/cumshots/ | **Free Sex videos at Sun Porno Tube** |
| | *If you want more TOP RATED movies, press F5 to refresh this page. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 ...* |
| /tube/videos/.../dildo-fun.html | **Dildo Fun** |
| | Tweet:The bigger the better,that |
| /tube/videos/62935/t...e-new-housemaid.html | **The new housemaid** |
| /tube/videos/408754/...dick-penetrates.html | **Happy dick penetrates** |
| /tube/videos/430397/...se-muscular-gay.html | **Japanese muscular gay** |

# 11-cv-03041 EXHIBIT B ABOUT SERVERS

| | |
|---|---|
| /tube/videos/423353/...-have-some-cock.html | These girls have some cock |
| /tube/videos/437760/...-masturbating-2.html | Tiffany Haze Masturbating 2 |
| /tube/videos/63202/m...-big-black-cock.html | Madison and the big black cock |
| /tube/videos/35371/j...getting-fondled.html | Japanese big tits getting fondled |
| | Tweet:This babe |
| /tube/videos/36508/t...aec,0&sms_ss=twitter | Teen want sex after massage |

**m.sunporno.com**

| | |
|---|---|
| /videos/413162/redhe...s-pussy-licking.html | Redhead with shaved pussy gets pussy licking |

**Organic competitors**

| Domain | Common Keywords |
|---|---|
| youtube.com | 13338 |
| xvideos.com | 12895 |
| slutload.com | 10527 |
| pornhub.com | 9769 |
| xnxx.com | 8767 |
| xhamster.com | 8634 |
| youporn.com | 7350 |
| xxxbunker.com | 6874 |
| filestube.com | 5994 |
| spankwire.com | 4992 |

Full SEO report

| Domain Name | Google Related | Alexa Similar | Organic Competitor |
|---|---|---|---|
| pornhub.com | X | | X |
| xxxbunker.com | | | X |
| youngleafs.com | | X | |
| xnxx.com | | | X |
| nastyrat.com | | X | |
| yobt.com | X | | |
| spankwire.com | | | X |
| twilightsex.com | | X | |
| xxxvogue.net | | X | |
| xhamster.com | | | X |
| teen-hot.com | | X | |
| rawtube.com | X | | |
| tnaflix.com | X | | |
| xmovies.com | | X | |
| filestube.com | | | X |
| sexdreambox.com | | X | |
| vagosex.com | X | | |
| youporn.com | | | X |
| el-ladies.com | | X | |
| porn365.com | X | | |
| xvideos.com | | | X |
| pichunter.com | X | | |
| slutload.com | | | X |
| pornomovies.com | X | | |
| youtube.com | | | X |
| videoshome.com | | X | |
| empflix.com | X | | |
| imagefest.com | | X | |
| keezmovies.com | X | | |

```
md5:4d236d9a2d102c5fe6ad1c50da4bec50:com
md5:589e44666bf9d15d842e48f45c5b677b:snporno.com
md5:c24db1a60ca086a22d8972c8016d112a:snuporno.com
md5:c42c588144cc113f10e63fe6516e39f3:ssunporno.com
md5:5940388b6cf39d04281e340f033c231f:sunnporno.com
md5:fa0c45b0cd0cb8cf20073a3b3f5c93f1:sunoprno.com
md5:24425315be23b655c73e9f7b5ecddc52:sunorno.com
md5:ae295d8469965ffe1da64fb975701641:sunpono.com
md5:9e3bce94f356d4496590e9d4b0b3ab89:sunponro.com
md5:4bf78a53d31fbe73943768762c07b9e6:sunpoorno.com
```

Case 3:11-cv-03041-MWB-LTS    Document 29-3    Filed 02/28/12    Page 3 of 4

# 11-cv-03041

# EXHIBIT B ABOUT SERVERS

```
md5:1fe472f3390b635b7e4fdfe4c9b2231f:sunporn.com
md5:f0d5759363f6d6deea14d9e909a55514:sunporn.ocom
md5:568ae52f70eccc0255069179218b3c8a:sunpornno.com
md5:ac837973c3648dd268f71246d9410865:sunporno
md5:67769620d55c91611bd2de78f07858d9:sunporno..com
md5:9e7a2b489256e92d5ebd75daea0d9122:sunporno.ccom
md5:5e258319a3bd7ed77ca78dbe3b6349d1:sunporno.cm
md5:39a83d6c2b3f8535c374598b1062d344:sunporno.cmo
md5:c946fedee93a4891f866221ea66d3d13:sunporno.co
md5:6726c81067f5467ff6eaf9479ae33187:sunporno.com
md5:fff261c8efd50d14ec9ec19edb7973a0:sunporno.comm
md5:2c5d2f84b94f36e477f0d28ef21f61f4:sunporno.coom
md5:343dec42b6d66aa7c2e543548a27c19c:sunporno.ocm
md5:8965c630a1813644539bf63309b921ee:sunporno.om
md5:a0f1c91a6b721dee56e18abd433cf5dd:sunpornoc.om
md5:6f5d9779e401a1200bab644083d81dcb:sunpornocom
md5:1e3a036d96086fa742d476f06678a857:sunpornoo.com
md5:749031dde64ba9e4d1a71b0d440f0edd:sunporo.com
md5:d28c2456e7102eb534c83f676e8e90ca:sunporon.com
md5:1289c2851ae56ca95ef4c52701fc1919:sunporrno.com
md5:9f273d8bb65148ab2eea7308f6e340cd:sunpporno.com
md5:adb69f9b834123b131ab08ef4fbdf2d1:sunprno.com
md5:f36deda4e8852ea2cc979adcbc0618c9:sunprono.com
md5:3c6c6e326edaee753f989233539fe0aa:supnorno.com
md5:16588b6ec5be95d2d5d2cab989c95528:suporno.com
md5:bad17a03876844df9a5794ac2dc4827b:suunporno.com
md5:6f8d28d5162e64424965bfcb71de8ad8:unporno.com
md5:29ad97f2d361b1d6913d53e6fd094961:usnporno.com
```

random