

Open a FREE Account | Log in | Help

[ sunporno.com ] [ Whois Search ] Search

## Whois Record For SunPorno.com

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

Sidebar: Lesbian Cams, Ebony Cams, Teen Cams, House Wife Cams, Big Tits Cams, Latina Cams, Asian Cams, Couple Cams, Pregnant Cams, BBW Cams, Mature Cams, Anal Cams, Group Sex Cams, Amateur Cams, Pornstar Cams, Huge Tits Cams, Big Ass Cams, Milf Cams, Lingerie Cams, Shemale Cams, Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

- Server Type: nginx/0.8.36
- IP Address: **213.174.154.204** | Reverse-IP | Ping | DNS Lookup | Traceroute
- ASN: AS39572
- IP Location: - Ohio - Amsterdam - Haldex Ltd
- Response Code: 200
- Domain Status: **Registered And Active Website**

Country TLDs | General TLDs

Available domains for registration:
- SunPorno.cn — Register
- SunPorno.dk — Register
- SunPorno.fr — Register
- SunPorno.jp — Register
- SunPorno.mx — Register
- SunPorno.se — Register
- SunPorno.tw — Register

**Register All Selected >**

**Related Results**

**Low Cost Bail Bondsmen**
Get Fast, Cheap Bail - Search here
yellowpages.com

**Money Market Accounts**
Find the best yields in the US Plus calcs, news, tips & more.
Bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**Best Money Markets 2011**
Top money markets for USA. Best rates guaranteed.
http://banktruth.org/Best-Rates/mma

Chitika | Premium Sponsored Results

11-cv-03041   EXHIBIT C SERVER LOCATION

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

Case 3:11-cv-03041-MWB-LTS   Document 29-4   Filed 02/28/12   Page 2 of 2