

sunporno.com ▾ Search

- o **Overview**
- o **Whois Lookup**
- o **Reverse Whois**
- o **Whois History**
- o **Hosting History**
- o **Screenshot History**
- o **Name Server Report**
- o **Reverse IP**
- o **DNS Tools**

## Whois History for Sunporno.com on 2011-08-31

**Enter a domain name to get its history**

**Domain Name:** sunporno.com  Search

« Previous Next »

| | |
|---|---|
| Domain: | sunporno.com - Whois History |
| Cache Date: | 2011-08-31 |
| Registrar: | MONIKER ONLINE SERVICES, INC. |
| Server: | whois.moniker.com |
| Created: | 2000-10-06 |
| Updated: | 2010-05-05 |
| Expires: | 2017-10-06 |
| Reverse Whois: | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |
| | webmaster@nightangel.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER
```

```
Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI


Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:            +420.776246201


Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone:            +420.776246201


Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
```

```
            GI

        Phone:              +420.776246201


Domain servers in listed order:

        NS5.PUBLIC-NS.COM

        NS6.PUBLIC-NS.COM


        Record created on:       2000-10-06 10:24:09.0
        Database last updated on: 2011-08-29 14:00:49.563
        Domain Expires on:       2017-10-06 10:24:09.0
```