




EXHIBIT G JOIN SEQUENCE





























## Welcome Aboard

**For help with your membership please contact Customer Service -**
Phone: 877-232-0249
Email: cs@FreeHDAccess.com

*Authorizations and or charges will appear discreetly under: "CLIENTCKS.COM"*

## Your Login Information

**Membership:** *FreeHDAccess*      **User/Pass: stealvideo / isteal**
Login URL: http://freehdaccess.com/members/

