# TGPALLIANCE.COM

HOME | NEWS | NEW SUBMITTERS | MEMBERS AREA | TRAFFIC TRADES | TERMS | ADVERTISE | CONTACT

**Contact Us**
- Sales & Business Inquires
- Design - icq: 23-834-802
- Traffic Trades
- Fill out this form

**Additional Pages**
- Make Payment
- TGP Alliance Network
- Purchase Spots
- Sell Me Your TGP
- Facts & Questions
- Sponsor Ratios
- Realtime Submits Info

**Hot News**

» 06.30.2010
We are proud to annouce TGPAlliance officialy became a member of ASACP. You can check it on ASACP members page

» 9.14.2006
If you're building big tit galleries, don't forget to submit them to SuperTitLovers.com, a site we purchased recently. It has a large base of bookmarkers and online since 2002. Submit Here
READ MORE

» 08.25.2006
We've purchased a well-known site Ah-me.com.
This is a general TGP site so every niche pic and mov galleries are welcomed Here
READ MORE

## » TGP Alliance Network?

Below is a list almost all of tgpalliance network sites. This page is designed for submitters to easily find sites to submit to. Most of the sites below have decent SE traffic, so for you submitters out their, the more sites you submit to, the more money you will make. TGPAlliance has over **3,500,000** unique visitors daily with over **8,500,000** hits sent to galleries!

**Partners who have logins are able to submit to any of the below sites and get listed instantly.**

## » Our Network!

**Attention:**
updated as of **12/22/05**
Submitters, These are the main sites of TGPAlliance. Each site below has a stable flow of traffic from bookmarkers, Search Engines and also trades.

We have updated this page to make it easier for submitters to know which site accepts which kind of galleries and how many daily. Just to be sure, you can check the recip page for each submit page, that will show you which categories exactly we have open for each site.

**Gold Sites:**
Submitters, these sites below are our largest sites. Each site contains a large amount of traffic, bookmarks and Search Engine traffic. We're proud of brining them to current level comparing to where they were just a year ago.

| Sites: | Main Niche | Accepts General Gals and Movies Gals | gals/day | Submit |
|---|---|---|---|---|
| Twilight Sex | All | Yes/Yes | 2 | Submit Here |
| Twilight Sex Blog | All | Yes/Yes | 10 | Submit Here |
| Two Lips *Softcore* | Teens | No/Yes | 2 | Submit Here |
| Mlf Seeker Search | Mlf/Mature | Yes/Yes | 2 | Submit Here |
| Sun Porno | All | Yes/Yes | 4 | Submit Here |
| Sun Porno Blog | All | Yes/Yes | 10 | Submit Here |
| Lonely Wolf | All | Yes/Yes | 5 | Submit Here |
| Sex Emotions *Video* | All | No/Yes | 5 | Submit Here |
| Mature Nymph | Mature | Yes/Yes | 5 | Submit Here |
| 24 Free Sex | All | Yes/Yes | 3 | Submit Here |
| Videos Home *Video* | All | No/Yes | 5 | Submit Here |
| Secretary City | Secretary | No/Yes | 5 | Submit Here |
| Horny Granny Sex | Mature/Granny | Yes/Yes | 5 | Submit Here |
| Hairy Pussy post | Hairy | Yes/Yes | 5 | Submit Here |
| Crazy Hairy | Hairy | No/Yes | 5 | Submit Here |
| Ah-me.com | General | Yes/Yes | 4 | Submit Here |
| SuperTitLovers | Big Breasts | No/Yes | 4 | Submit Here |

**Average sites**

| Sites: | Main Niche | Accepts General Gals and Movies Gals | gals/day | Submit |
|---|---|---|---|---|
| Daily Melons | Big Breasts | No/Yes | 5 | Submit Here |
| Crysty.com | All | Yes/Yes | 5 | Submit Here |
| Girls Fucking Guys | All | Yes/Yes | 5 | Submit Here |
| Sexy Teenie *Softcore only* | Teens/Softcore | No/Yes | 5 | Submit Here |
| Lesbian Daughter | Lesbian | Yes/Yes | 5 | Submit Here |
| Awesome Breasts | Breasts | Yes/Yes | 5 | Submit Here |
| Love Porn Stars | Pornstars | No/Yes | 5 | Submit Here |
| Magic Teens | Teens/Softcore | No/Yes | 5 | Submit Here |
| Virgin Body | Big Cock | Yes/Yes | 5 | Submit Here |
| Black On Blonds | Interracial | Yes/Yes | 5 | Submit Here |
| Ladies Pantyhose | Pantyhose | Yes/Yes | 5 | Submit Here |
| Her Stockings | Stockings | No/Yes | 5 | Submit Here |
| Mlf Quests | Mlfs/Mature | Yes/Yes | 5 | Submit Here |
| Nice Ass | Ass | Yes/No | 5 | Submit Here |
| First Group Sex | All | Yes/Yes | 5 | Submit Here |
| Femdom Erotic | Fetish | No/Yes | 5 | Submit Here |
| High School Virgin | Teens | | | Submit Here |
| Sexy Blonde Girl | Babes/Blonds | | | Submit Here |

EXHIBIT I TGP ALLIANCE NETWORK
Case 3:11-cv-03041-MWB-LTS　　Document 29-10　　Filed 02/28/12　　Page 1 of 2
converted by Web2PDFConvert.com

| Site | Niche | Accepts | gals/day | Submit |
|---|---|---|---|---|
| Fuck Cat | All | Yes/Yes | 10 | Submit Here |
| Boobs Porno | Boob/Breasts | No/Yes | 5 | Submit Here |
| Movies Ring | All | No/Yes | 5 | Submit Here |
| Videos Ring | All | No/Yes | 5 | Submit Here |
| Public Shot | All | Yes/Yes | 10 | Submit Here |
| Clean Pic | All | Yes/Yes | 10 | Submit Here |
| Raw Co | All | No/Yes | 5 | Submit Here |
| Free Sweet *Softcore only* | Teen/Softcore | Yes/Yes | 5 | Submit Here |
| Mom Facial | All | Yes/Yes | 5 | Submit Here |
| Porn Fairies | All | Yes/Yes | 5 | Submit Here |

**Smaller Sites:**
Submitters, these sites below are smaller. Each site mainly contains only bookmarks and Search Engine traffic.

| Sites: | Main Niche | Accepts General Gals and Movies Gals | gals/day | Submit |
|---|---|---|---|---|
| Amateur Taste | Amateur | Yes/Yes | 5 | Submit Here |
| Asian Teenie | Asian | No/Yes | 5 | Submit Here |
| Girl Friend Pussy | General | Yes/Yes | 5 | Submit Here |
| Black Teenie | Ebony/Teen | No/Yes | 5 | Submit Here |
| Cum Sports | Cumshots | No/Yes | 5 | Submit Here |
| Hidden Wishes | Fetish | No/Yes | 5 | Submit Here |
| Lesbian Teenie | Lesbian/Teen | No/Yes | 5 | Submit Here |
| Pure Teen Sluts | Teens | No/Yes | 5 | Submit Here |
| Redhead Amateur | Readhead/Amateur | No/Yes | 5 | Submit Here |
| Sex Backdoor | Anal | Yes/Yes | 5 | Submit Here |
| Sluty Darlings | All | Yes/Yes | 5 | Submit Here |
| Twilight Sex Videos | All | Yes/Yes | 5 | Submit Here |
| World Whores | Pornstars | Yes/Yes | 5 | Submit Here |
| Large Tits Pitures | Breasts | No/Yes | 5 | Submit Here |
| Big Tits Pictures | Breasts | No/Yes | 5 | Submit Here |
| Barely Sluts | Softcore | Yes/Yes | 5 | Submit Here |
| Drunk Cartoons | Cartoons | No/Yes | 5 | Submit Here |
| Live Sex Porn | Live Cams | No/Yes | 5 | Submit Here |
| Fisting Post | Fisting/Fetish | No/Yes | 5 | Submit Here |
| My Indian Pussy | Indian | No/Yes | 5 | Submit Here |
| Bondage Loving | Bondage/Fetish | No/Yes | 5 | Submit Here |
| Latina Pie | Latina | No/Yes | 5 | Submit Here |
| Webcam Pornstars | Cams/Movies | No/Yes | 5 | Submit Here |
| Gay Teens | Gay/Teens | No/Yes | 5 | Submit Here |

Copyright 2005 TGPAlliance.com All Rights Reserved