

- How can I download a movie?
- What is HD UPGRADE?
- I found a video on Sunporo that I own the copyright to. What do I do next?
- I forgot/want to change my password. What do I do?
- What player can I use for flv files?
- I have a suggestion / feedback
- Who can see my videos?
- Can I watch Sunporno videos on my iPhone?
- How do I delete my account?
- Why can't I view videos?
- The video keeps stopping while I'm watching it. How do I fix that?
- I'm having problems installing the latest version of Adobe Flash. What should I do?
- What are tags?
- What file formats can I upload?
- I reset my password but it didn't work the next time I logged in
- My friend's account is sending me spam, but he/she didn't do it
- My account has been hacked by another user
- What is 2257?
- I need to report a fake profile
- I got an email asking for my Sunporno password
- How do I add a friend?
- Can I change my username?
- Do I have to sign up to upload?
- How do I remove a video?
- What is the minimum password strength? How can I make my password strong?
- How old do you have to be to sign up to Sunporno?
- My username was rejected during sign up
- My confirmation email didn't arrive
- Does Sunporno distribute my user information?

## How can I download a movie?

To download a movie please follow the "Download movie" link which is located under the player. Registered users can download movies immediately without any limitations. If you are not a registered user, you will need to wait 10 seconds for the link to appear and then you can start downloading.

## What is HD UPGRADE?

If you want to watch movies in Hi-Definition quality, you will need to upgrade your account. You will need to pay for this account.

Please note that an HD upgrade account is totally separate from Sunporno and services are provided by a third party.

If you want to cancel your HD Upgrade membership, please use support system at http://www.csmembers.com/

Please follow this link for more details http://www.sunporno.com/premium.php

### I found a video on Sunporo that I own the copyright to. What do I do next?
You can report copyright violations using our report form: http://www.sunporno.com/abuse.php

### I forgot/want to change my password. What do I do?
If you have lost your password, please use this form to reset your password http://www.sunporno.com/forgot_pass.php. Your new password will be emailed to you immediately. To change a password, first open your profile and then find the "Edit Profile" link. It's located in the top right corner near your user picture. There you will be able to change your password.

### What player can I use for flv files?
You can use these players:

1.FLV Player (http://applian.com/flvplayer/download_flv_player.php)

2.Riva FLV Player (http://rivavx.com/index.php?id=422&L=3)

3.Gom player (http://www.gomlab.com)

You can also convert flv files into avi files by downloading K-Lite Mega Codec Pack (http://www.codecguide.com/download_mega.htm).

### I have a suggestion / feedback
If you wish to post feedback or a suggestion, please use the forum http://forum.sunporno.com/forumdisplay.php?11-Questions-and-Suggestions. Or, you may use the contact form at http://www.sunporno.com/contact_us.php There is also big red feedback button on every page if you want to send feedback quickly.

### Who can see my videos?
The default option when uploading your videos is "Public" which means everybody can see them. When selecting the "Private" option, only your friends can see that this video.

### Can I watch Sunporno videos on my iPhone?
Yes. Please go here: http://m.sunporno.com/

### How do I delete my account?
If you would like your account deleted, go into the MY PROFILE area. Then, choose Edit Profile. Here, you will find an option DELETE MY PROFILE. Your account will be completely removed within 48 hours. In this time, you can cancel removal of the account.

### Why can't I view videos?
Make sure that you have the latest version of a supported browser installed. Please download the latest version of Adobe Flash here:

http://www.adobe.com/products/flashplayer/

### The video keeps stopping while I'm watching it. How do I fix that?
If a video doesn't play continuously, it may be due to your connection speed. You'll need a broadband connection with at least 500+Kbps for the best viewing experience.

You can try this to get smoother playback:

Position the mouse over the video player, click the right button and select "Settings" from the menu. Then, remove the check from the "Enable hardware acceleration" box and then click Close. Now, try viewing the video again."

### I'm having problems installing the latest version of Adobe Flash. What should I do?
In order to ensure that you successfully install the latest version of Adobe Flash, you may need to uninstall any outdated versions of Adobe Flash. Please go here to uninstall Adobe Flash http://kb2.adobe.com/cps/141/tn_14157.html

Once you have successfully uninstalled Adobe Flash, please download the latest version of Adobe Flash. Please make sure to quit all web browsers during the installation process.

### What are tags?
Tags are keywords that describe photos and videos. For example, an amateur video might be tagged with "beginner," "hot," and "newbie." Users who enjoy amateur content can then search for any of those terms and that photo/video will pop up in their search results.

Tags help you find new content you might like to see and also help other people can find the videos you uploaded more easily.

**What file formats can I upload?**
Sunporno accepts video files in the following formats:
**Windows Media Video (wmv)**
**AVI Video (avi)**
**MPEG Video (mpg, mpeg)**
**Windows Media Video (asf)**
**MPEG-4 Video (mp4)**
**Mobile Video (3gp)**
**Flash Video (FLV)**


**I reset my password but it didn't work the next time I logged in.**
If you are prompted to reset your password every time you log in, your problem may be related to your internet browser. Please clear your browsers cache and cookies and try again. If this doesn't help, please contact us and provide us with the details of your problem.

**My friend's account is sending me spam, but he/she didn't do it.**
It is possible that malicious software was downloaded to your friend's computer or that his/her login information was phished in an attempt to send spam from their profile. We would like to investigate this issue further but we cannot release information regarding a user's account to anyone but the account holder.
Please tell your friend to visit the Sunporno Help Center and contact us.

**My account has been hacked by another user.**
Make sure that the email associated with your account is secure. If you're having trouble logging in with your normal email and password, try resetting your password using the link on the login page. An email will be sent to you with steps for completing the process.
If the email on your account has been changed, or if you are unable to access your profile, please send us information about the account so we can look into it further and hopefully restore access. Please submit your report here.

**What is 2257?**
It is the Law! More specifically, it is the law that forces everyone involved in creating photos and videos of a sexual nature to acquire proof of age and dictates how that proof is stored. Failure to comply with this law will result in jail time and/or a massive fine. Jail and fines suck so always play it safe when uploading photos/videos!

**I need to report a fake profile.**
Please submit your report to Sunporno using the form here: (http://www.sunporno.com/contact_us.php)

**I got an email asking for my Sunporno password.**
Don't respond to this email! Sunporno will never request your password. Do not give your login information to anyone under any circumstances.

**How do I add a friend?**
To add a friend, just click on the "ADD TO FRIENDS" of their profile. A friend request will be sent to that person. Once they confirm that they actually are friends with you, they will show up on your Friends List.

**Can I change my username?**
No. Your username is your permanent identity in the Sunporno community.

**Do I have to sign up to upload?**
Yes. Everything you upload is attached to your profile, so you must sign up to upload.
If you are a registered member you can:
**Communicate with others, browse their private videos**
**Download any videos**
**Upload your own videos and pictures**
**Create your "Personal Favorites" videos collection**

converted by Web2PDFConvert.com

## How do I remove a video?
You can't remove videos by yourself. However, you can send us a message with the email form located in your account. Just tell us which upload you want to delete and we will delete it for you. We know that this is a hassle but we are working on the problem. Soon, you will be able to delete your uploads by yourself.

## What is the minimum password strength? How can I make my password strong?
When creating a new password, be sure that it is at least 6 characters in length and that you use a complex string of numbers, letters, and/or punctuation marks. If the password you entered is not strong enough, you may want to try mixing uppercase and lowercase letters or make your password longer.

Ideally, the password you select should be easy for you to remember but hard for someone else to figure out. For added security, your Sunporno password should also be different than other passwords that you use on the internet.

## How old do you have to be to sign up to Sunporno?
In order to be eligible to sign up for any Sunporno account, users must be eighteen (18) years of age or older.

## My username was rejected during sign up.
If your username was rejected when trying to sign up, this means that the username you chose is already in use, contained disallowed characters (such as *,@ etc.) or contained a disallowed phrase.

## My confirmation email didn't arrive.
Please follow the steps below to resolve this issue:
1. Check your email application's spam or junk folder or filter.
2. Check that you're registered with the correct email address.
3. Please note that some emails may be blocked by your ISP (internet service provider).

## Does Sunporno distribute my user information?
Sunporno respects your privacy. We don't distribute your user information to marketers or spammers. You can read more about this in our Privacy Policy.

---

**General info**
FAQ
Terms
DMCA
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
Contact us

**Community**
Home
Categories
Photos
Community
Upload a movie

Sign up
Login

**Classic view**
Pictures
Movies
Blog
Free sites

**Webmasters**
Content partners
Embeds export
Advertise
Make $$$

converted by Web2PDFConvert.com