

Our friends:   Twilight Sex Tube    Shemale Tube    Pornoxo    Gay Tube    Ah Me Free Sex

I like:  ✔ STRAIGHT     GAY     SHEMALE

Login    Sign Up

HOME  CATEGORIES  PHOTOS  PORNSTARS  COMMUNITY  FORUM  LIVE CAMS  ADULT DATING  SEX SHOP  FAQ        SunPorno iPhone Porn

CLASSIC VIEW ▼          [          ]  Movies ▼  Search          upload

**§2257 Exemption Statement**

This Site does not permit the publication of images depicting individuals under the age of 18.

Exemption Statement: All visual depictions displayed on this Website are exempt from the provision of 18 U.S.C. §§2257, 2257A and/or 28 C.F.R. §75, because: 1) they do not portray conduct as specifically listed in 18 U.S.C §2256 (2)(A) (i) through (iv); 2) they do not portray conduct as specifically listed in 18 U.S.C. §2257A produced after March 19, 2009; 3) they do not portray conduct listed in 18 U.S.C. §2256(2)(A)(v) produced after March 19, 2009; 4) the visual depictions were created prior to July 3, 1995; or, 5) this Company does not act as a "producer" with respect to the dissemination of such exempt images as that term is defined in 28 C.F.R. §75.1(c).

Nothing contained herein shall be deemed a waiver or consent to application of U.S. law.

Questions or comments regarding this disclosure should be addressed to: tgpally@gmail.com

**General info**

FAQ
Terms
DMCA
18 U.S.C. 2257
Record-Keeping
Requirements
Compliance
Statement
Contact us

**Community**

Home
Categories
Photos
Community
Upload a movie

Sign up
Login

**Classic view**

Pictures
Movies
Blog
Free sites

**Webmasters**

Content partners
Embeds export
Advertise
Make $$$

Web2PDF
converted by Web2PDFConvert.com