UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) CASE NO. 11-cv-03041-MWB |
| Plaintiffs, | ) ) |
| vs. | ) DEFENDANT'S MOTION FOR ) EXTENSION OF TIME TO FILE ) REPLY TO PLAINTIFF'S |
| SERGEJ LETYAGIN, d/b/a SUNPORNO.COM and www.sunporno.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) RESISTANCE TO MOTION TO ) DISMISS ) ) ) |
| Defendants. | ) |

Defendant, Sergej Letyagin and www.sunporno.com[1], move for an extension of time to file a Reply to Plaintiff's Resistance to the Motion to Dismiss and in support state:

1. On February 7, 2012, Defendant filed a Motion to Dismiss this case. On February 27th, Plaintiff filed a Resistance, and on February 28th, they filed their Overlength Brief in Support of Resistance to Defendant's Motion to Dismiss with the Court's approval.

2. Defendant's time for reply therefore runs on March 8, 2012.

3. Lead Counsel for Defendant, Val Gurvits and Evan Fray-Witzer, are currently in trial in another state, and anticipate they will not complete their trial until March 12th, 2012.

4. Lead Counsel are intimately familiar with the facts, prepared the Brief in Support of the Motion to Dismiss, and have the necessary relationship

---

[1] Ideal Consult, Ltd. actually owns and operates the SunPorno.com .website and has not been named in this suit.

with the client. Their involvement in drafting the Reply Brief is therefore critical.

5. The Reply deadline has not previously been extended, nor has the Defendant asked for additional time in this case on other matters.

6. Defendant requests an extension of time, up to and including March 16, 2012, to file a Reply to Plaintiff's Resistance to the Motion to Dismiss.

7. Pursuant to Local Rule 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and Plaintiff's counsel has indicated that he will not resist the Request for an Extension of Time.

WHEREFORE, Defendant Sergej Letyagin and www.sunporno.com, respectfully request that the Court grant it up to and including March 16, 2012, to file its Reply to Plaintiff's Resistance to Motion to Dismiss.

/s/ Connie Alt_____
CONNIE ALT             AT0000497
JENNIFER E. RINDEN     AT0006606
            for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:      (319) 365-8564
jer@shuttleworthlaw.com

/s/Valentin Gurvits
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
BBO # 643572
(617) 928-1804
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

ATTORNEYS FOR DEFENDANT

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on March 6, 2012, by: <br><br> [ x ] Electronically via ECF for ECF registrants <br> [ ] U.S. Mail _____ <br> [ ] Fax _____ <br> [ ] Fed Ex _____ <br> [ ] Hand Delivered _____ <br> [ ] other _____ <br><br> **Anne Johnson** |