IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a www.SunPomo.com and www.SunPomo.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>Defendants. | No. C11-3041-MWB<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF |

_____

This case is before the court on defendants Sergej Letyagin and www.sunporno.com's Motion For Extension of Time to File Reply to Plaintiff's Resistance to Motion to Dismiss (Docket no. 31). For good cause shown, defendants' motion is granted. Defendants Sergej Letyagin and www.sunporno.com shall file any reply brief in support of their Motion to Dismiss on or before March 16, 2012.

**IT IS SO ORDERED.**

**DATED** this 6th day of March, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA