UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
|  | ) | |
| Sergej Letyagin, dba SunPorno.com, | ) | Docket No. 11-cv-03041-MWB |
| www.sunporno.com, | ) | |
| John Does 1 – 100, | ) | |
| and John Doe Companies 1-100, | ) | |
| Defendants. | ) | |
|  | ) | |

## SECOND AFFIDAVIT OF SERGEJ LETYAGIN

Sergej Letyagin, being duly sworn, does hereby depose and state:

1. My name is Sergej Letyagin. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I have been provided with a copy of the Plaintiff's Opposition to my motion to dismiss and I write to correct just some of the factual misstatements made in that document.

3. In its Opposition, the Plaintiff claims again that I individually own and operate (or used to own or operate) the www.SunPorno.com website. As I stated in my prior affidavit, this is simply not true.

4. For a very short period of time, after the SunPorno website was transferred to Ideal Consult, Ltd., the Whois information for that site listed me as the registrant of the site without also listing my affiliation with Ideal. As soon as this error was discovered, the Whois records were changed. Even if this weren't the case, the simple fact that my name was listed as the registrant in the Whois directory does not mean that I (personally) owned the website. It

means only that I am the contact person at Ideal Consult, Ltd. who is notified by the registrar when it is time for the company to renew the domain name registration.

5. Absolutely all of the advertising that appears on the SunPorno.com website is generated by a Spanish company, ExoClick. Ideal Consult does nothing more than provide banner space on its website, which Exoclick uses to publish its advertising. Although I thought this was pretty clear from my first affidavit, it was apparently lost on the Plaintiff.

6. I should add, however, that Sunporno.com also has ads that are known as "pop under" ads – ads which appear in a separate browser window underneath the main browser window. These advertisements are provided by a Netherlands advertising network company, Ero-Advertising.com. As with ExoClick, Ideal Consult does nothing more than allow Ero-Advertising to place its ads in "pop unders."

7. Exoclick and Ero-Advertising, in turn, sell advertising to their clients. The Sunporno website has nothing to do with those transactions or with what ads are displayed. When the Plaintiff says that SunPorno.com directs ads at Iowa or the United States, it is intentionally misleading the court. As the Plaintiff is well aware (and as is true for most internet advertising networks), ExoClick and Ero-Advertising gear their ads to the location of the user. Visitors in France are shown French ads and visitors in Germany are shown German ads. Again, this has nothing to do with me or Ideal Consult. Our only agreements are with the Spanish company, ExoClick and the Netherlands company, Ero-Advertising.

8. Additionally, it is important to note that the advertisements are not for Sunporno, but rather for the customers of Exoclick and Ero-Advertising. For example, if the Court were to look at Docket No. 26-16 (an exhibit provided by the *Plaintiff*), the Court would see that this so-called targeted advertising is not for SunPorno at all, but rather a company called "Adult Friend

2

Finder." Again, this is not advertising for SunPorno, nor is it advertising sold by or selected by Sunporno.

9. Fraserside also suggests that the use of English as the language on the Sunporno website means that the site is aimed at an American audience. I don't know how to respond to this except to say that it is a silly proposition. English is an international language. Fraserside keeps saying that 15% of our traffic comes from the United States. Assuming that is true, does that mean that we have selected a language so as to exclude 85% of our users?

10. The Plaintiff also spends much time discussing TGP Alliance, a largely defunct website that has not been updated in years. Since the Plaintiff likes citing to Alexa statistics, I note that Alexa currently ranks the TGP website at $1,193,917^{th}$ in worldwide traffic, indicating that it receives almost no traffic whatsoever. (A true and accurate copy of the Alexa printout is attached as Exhibit A.) For comparison's sake, http://www.sudftw.com/paintcam.htm, a website that has a camera which literally displays peeling paint ranks $1,077,505^{th}$. (See Exhibit B.) In any event, TGP Alliance does not provide the Sunporno website with advertising service, nor is it the "advertising arm" of Sunporno.com.

11. As I noted in my first affidavit, Ideal Consult has not itself provided a premium service, although it has from time to time contracted with third parties which have provided such services through a "white label" site. The Plaintiff cites to SunPorno's FAQ section as "proof" that this statement was not true. I can only assume that the Plaintiff has not actually read the exhibit it provided to the Court. The FAQ section clearly reads: "If you want to watch movies in Hi-Definition quality, you will need to upgrade your account. You will need to pay for this account. ***Please note that an HD upgrade account is totally separate from Sunporno and***

3

*services are provided by a third party*." (Emphasis added.) I am not sure how this contradicts my first affidavit.

12. Finally, although I discussed my lack of connections with Iowa in my first affidavit, I want to stress that I similarly have a lack of connection to the United States in general. Neither I, nor Ideal consult own property in the United States, have employees in the United States, pay taxes in the United States, or maintain a bank account in the United States. Indeed, I have never even visited the United States.

Signed under the pains and penalties of perjury this 16th day of March, 2012.

_____
Sergej Letyagin
Director of Technology
Ideal Consult, Ltd.

Alexa The Web Information Company

Log In or Create an Account Help

Home Site Tools Top Sites Site Info What's Hot Toolbar Dashboard

tgpalliance.com

Advanced Search

Search Analytics for **tgpalliance.com**

Query Popularity No data QCI No data

## Search Results for **tgpalliance.com**

Site Information for **tgpalliance.com** Get Details

Alexa Traffic Rank: 1,174,449 Traffic Rank in US: 484,654

Sites Linking In: 84

Company
About
Jobs

Help
Help System
Tour
Contact Us

Alexa Tools for Site Owners
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

Related Services
Free Website Content
Make money with Alexa

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company

Take Our Survey

Alexa The Web Information Company

Log In or Create an Account Help

Home | Site Tools | Top Sites | Site Info | What's Hot | Toolbar | Dashboard

http://www.sudftw.com/paintcam.htm Advanced Search

Search Analytics for **http://www.sudftw.com/paintcam.htm** Query Popularity No data QCI No data

## Search Results for **http://www.sudftw.com/paintcam.htm**

Site Information for **sudftw.com** Get Details

Alexa Traffic Rank: 1,038,736 Traffic Rank in CN: 118,924

Sites Linking In: 218

Company
About
Jobs

Help
Help System
Tour
Contact Us

Alexa Tools for Site Owners
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

Related Services
Free Website Content
Make money with Alexa

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company

Take Our Survey



