## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

FRASERSIDE IP LLC, An Iowa Limited Liability Company,

    Plaintiff,

vs.

SERGEJ LETYAGIN, DBSSUNPORNO.COM AND WWW.SUNPORNO.COM, and John Does 1-100 and John Doe Companies 1-100,

    Defendants.

No. C11-3041-MWB

**ORDER**

_____

The court directs the clerk of court to unseal its order in this matter dated January 12, 2012.

**IT IS SO ORDERED.**

**DATED** this 5th day of June, 2012.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT