IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SunPomo.com and www.SunPomo.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>  Defendants. | No. C11-3041-MWB<br><br>ORDER REGARDING DEFENDANTS' MOTION TO DISMISS |

_____

This case is before the court on defendants' Sergej Letyagin and www.SunPorno.com's Motion to Dismiss (docket #17). The same day defendants filed this Motion to Dismiss they filed an identical second Motion to Dismiss (docket #18). Both motions are supported by identical briefs and supporting documents. Because two identical motions appear to have been filed in err, the court dismisses defendants' Motion to Dismiss (docket #17) without prejudice.

**IT IS SO ORDERED.**

**DATED** this 27th day of July, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA