IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SunPomo.com and www.SunPomo.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>        Defendants. | No. C11-3041-MWB<br><br>**ORDER REGARDING PARTIES' PROPOSED SCHEDULING ORDER** |

_____

Counsel for the parties shall confer and **not later than September 7, 2012**, shall file a Proposed Scheduling Order establishing deadlines and trial readiness dates.

**IT IS SO ORDERED.**

**DATED** this 7th day of August, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA