UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC,<br>an Iowa Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Sergej Letyagin, dba SunPorno.com<br>and www.sunporno.com and John Does 1 – 100<br>and John Doe Companies 1-100;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11-cv-03041-MWB<br><br><br>**SCHEDULING ORDER<br>AND<br>DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1.  Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?
    _____ Yes    __X___

    *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: __Counsel have agreed to confer on the morning of Thursday, September 13, 2012 at 10 am MST / 7am PST to discuss and resolve issues relating to disclosures and discovery__

2.  Deadline for motions to add parties: _____ November 2, 2012 _____
3.  Deadline for motions to amend pleadings: _____ November 2, 2012 _____
4.  Expert witnesses disclosed by:    Plaintiff: _____ December 7, 2012 _____
                                       Defendant: _____ February 8, 2013 _____
                                       Plaintiff Rebuttal:    March 8, ~~2012~~  2013
5.  Deadline for completion of discovery: _____ May 10, ~~2012~~ 2013
6.  Dispositive motions deadline (*at least 120 days before Trial Ready date*): ____ July 12, ~~2012~~ 2013
7.  Trial Ready Date (*at least 120 days after Dispositive Motions Date*): _____ November 15, ~~2012~~ 2013
8.  Has a jury demand been filed?    ___X___ Yes    _____ No
9.  Estimated length of trial: _____ 7 _____ days
10. Settlement conference (choose one of the following):
    (a) _X___ A court-sponsored settlement conference should be set by the court at this time for a date after:
        __September 1, 2013_____
    (b) _____ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed.R.Civ.P. 16(b) and 26(f)?
    _____ Yes    ___X____ No
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of appeals pursuant to 28 U.S.C. § 636(c)(3)?    _____ Yes    ___X_____ No

/s/ Chad Belville
Attorney for Plaintiffs: Chad Belville
Attorney at Law
4742 North 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602)-904-5485
Facsimile: (602) 297-6953
E-Mail Address: cbelville@azbar.org

/s/ Valentin Gurvits  (by permission)
Attorney for Defendants: Valentin Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
Telephone: (617) 928-1804

E-mail address: vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer (by permission)
Attorney for Defendants: Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 723-5630

E-mail address: evan@cfwlegal.com

/s/Jennifer E. Rinden (by permission)
Attorney for Defendants: Jennifer E. Rinden
Shuttleworth & Ingersoll, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
Telephone: (319) 365-9461
Facsimile: (319) 365-8564
E-mail address: jer@shuttleworthlaw.com

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

IT IS ORDERED that this proposed Scheduling Order and Discovery Plan
_____ is _____ is not approved and adopted by this court. — with corrections noted on page 1.

IT IS FURTHER ORDERED that a scheduling and planning conference:

_____ Will not be scheduled at this time.

_____ Will be held in the chambers of Judge _____ at the
U.S. Courthouse in _____, Iowa, on the _____ day
of _____, at _____ o'clock, _____. m.

_____ Will be held by telephone conference, initiated by the court on the
_____ day of _____, at _____ o'clock, _____ .m.

DATED this ____11____ day of __September, 2012__

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE