Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br><br><br>Sergej Letyagin, dba SunPorno.com<br>www.sunporno.com<br>and John Does 1 - 100 and<br>John Doe Companies 1 - 100 | No. 11-cv-03041-MWB<br><br><br>MOTION TO<br>DISMISS<br>WITH PREJUDICE |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and MOVES TO DISMISS the Above-captioned Complaint with prejudice for the reason that the matters have been resolved. Each party to pay its own costs.

DATED: February 12, 2013    Respectfully submitted,


By:   /s/ Chad L. Belville
Chad L. Belville
cbelville@azbar.org
Chad Belville, Attorney at Law
Attorney for Plaintiff
Iowa Bar # 015731

Physical Address    4742 North 24th Street Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:    P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on February 12, 2013 a copy of this Motion was served upon the Attorneys for Defendants through the Courts Electronic Case Filing System.

/s/ Chad L. Belville